## INDEX OF EXHIBITS

| | |
|---|---|
| Schedule A: | List of Defendants |
| Civil Cover Sheet: | Plaintiff's Civil Cover Sheet |
| Exhibit A: | Plaintiff's Copyrights Registrations |
| Exhibit B.1: | Comparison Chart, Infringing Evidence pp. 1-353 |
| Exhibit B.2: | Infringing Evidence pp. 354-538 |
| Exhibit C: | Seller Alias Research |
| Exhibit D: | Alibaba, Amazon, and Counterfeiting in the Age of the Internet, by Daniel C.K. Chow |
| Exhibit E: | U.S. Department of Homeland Security on Online Infringement |