**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAR CRASH LLC,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-46 |
| v. | Honorable Judge Christy Criswell Wiegand |
| | JURY TRIAL DEMANDED |
| **SCHEDULE A DEFENDANTS,** | |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER,
MOTION TO RESCHEDULE**

Plaintiff Car Crash LLC ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests this Court to extend the Temporary Restraining Order and Other Relief ("TRO") entered in this matter (Dkt. No. 19) an additional fourteen days, through and including February 23, 2026. Correspondingly, Plaintiff requests this Court to extend the briefing schedule and reschedule the in-person Show Cause Hearing. In support thereof, Plaintiff states as follows:

Federal Rule of Civil Procedure 65(b)(2) states that an *ex parte* temporary restraining order "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period…" Plaintiff believes that sufficient good cause exists to extend the TRO for an additional fourteen days.

Since the entry of the TRO, Plaintiff and Plaintiff's Counsel have worked diligently to comply with the terms of the order. Plaintiff's Counsel has served the TRO on the third party outlined in Schedule A. The third party has begun the process of implementing the relief granted in the TRO and gathering limited discovery related to the online accounts listed in Schedule A. However, the third party has not confirmed the TRO has been fully implemented nor provided Plaintiff with the limited discovery. Based on experience with this third party, turnaround times

1

are generally seven (7) to nine (9) days. As such, Plaintiff does not anticipate receiving necessary third party disclosures until February 2 - 4, 2026.

As described in Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order and Memorandum thereof (Dkt. Nos. 15, 17), in the absence of a restraining order and asset freeze, it is highly likely that Defendants will simply move their ill-gotten funds to accounts and locations outside the reach of the powers of this Court and Plaintiff, and may continue to unlawfully offer Infringing Products under the same or even new seller alias, without any repercussions. Without such an extension, Defendants, like before, can simply evade this Court and Plaintiff.

Further, Plaintiff has not received the limited discovery from the third party, and as a result, Plaintiff is unable to properly serve the Defendants with the Summons or provide adequate notice and time for Defendants to file any response and attend the Show Cause Hearing for why a Preliminary Injunction Order should not issue, observing Rule 65(a)(1).

As a result, Plaintiff seeks an extension of time for the third party to confirm implementation of the TRO and provide Plaintiff with the limited discovery necessary to proceed, including email(s) linked to the seller aliases for Plaintiff to properly serve and/or notice Defendants.

Therefore, Plaintiff respectfully requests the following: (1) a fourteen day extension of the TRO (Dkt. No. 19), through and including February 23, 2026; (2) an extension of the briefing schedule, extending Defendants' response deadline to February 10, 2026 and Plaintiff's reply deadline to February 12, 2026; and (3) rescheduling of the in-person Show Cause Hearing from February 6, 2026 to either: February 13, 2026 or February 17-19, 2026, whichever date this Court finds appropriate. To note, Plaintiff's Counsel has an irreconcilable conflict on February 20, 2026, and respectfully requests that the Show Cause Hearing not be rescheduled to this date.

DATED January 28, 2026                    Respectfully submitted,

                                          /s/ Ge (Linda) Lei
                                          Ge (Linda) Lei
                                          Getech Law LLC
                                          203 N. LaSalle St., Suite 2100,
                                          Chicago, IL 60601
                                          Attorney No. 6313341
                                          Linda.lei@getechlaw.com
                                          312-888-6633

                                          *ATTORNEY FOR PLAINTIFF*