**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAR CRASH LLC,** | | |
| | Plaintiff, | Civil Action No.: 2:26-cv-46 |
| v. | | Honorable Judge Christy Criswell Wiegand |
| **SCHEDULE A DEFENDANTS,** | | JURY TRIAL DEMANDED |
| | Defendants. | |

## <u>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND,<br>MOTION TO RESCHEDULE</u>

On this day, the Court considered Plaintiff's Motion to Extend the Temporary Restraining Order and Other Relief ("TRO"), Motion to Reschedule, and it is hereby ORDERED that:

(1) For the reasons set forth in Plaintiff's Motion, good cause exists to extend the Temporary Restraining Order and Other Relief (Dkt. No. 19). The Temporary Restraining Order and Other Relief (Dkt. No. 19) is hereby extended an additional fourteen days, to and including February 23, 2026.

(2) The in-person Show Cause Hearing set forth in this Court's Order, Section IV (Dkt. No. 19) for the 6th day of February, 2026, at 1:00 p.m. is hereby RESCHEDULED as follows. Defendants are hereby ORDERED to show cause before this Court in the United States District Court for the Western District of Pennsylvania, the Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, 15219, IN PERSON in Courtroom 9B on the _____th day of February, 2026, at _____, why a preliminary injunction, pursuant to FRCP 65(a), should not issue. Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.

2

(3) The briefing schedule set forth in this Court's Order, Section IV (Dkt. No. 19) is hereby EXTENDED as follows. Defendants' opposing papers, if any, shall be filed electronically with the Court and served on PLAINTIFF's Counsel, by delivering copies thereof to the office of Getech Law LLC, 203 N LaSalle Street, Suite 2100, Chicago, IL 60601, on or before February 10, 2026. Plaintiff shall file any Reply papers on or before February 12, 2026.

SO ORDERED.

DATED this _____ day of _____, 2026 at _____.

Pittsburgh, Pennsylvania.

_____
Christy Criswell Wiegand
UNITED STATES DISTRICT JUDGE