**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAR CRASH LLC,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-46 |
| v. | Honorable Judge Christy Criswell Wiegand |
| **SCHEDULE A DEFENDANTS,** | JURY TRIAL DEMANDED |
| Defendants. | |

<u>**PRELIMINARY INJUNCTION ORDER**</u>

WHEREAS, on January 23, 2026, Plaintiff Car Crash LLC ("Plaintiff") filed an *Ex Parte* Motion against Defendants listed on Schedule A of Plaintiff's Complaint, as contained herein, ("Defendants") for (1) Temporary Restraining Order, including a temporary injunction, (2) Order Restraining Assets, (3) Order for Expedited Discovery, and (4) Order to Show Cause why a Preliminary Injunction Should Not Issue (Dkt. Nos. 15, 17);

WHEREAS, on January 23, 2026, Plaintiff filed its *Ex Parte* Motion to perform electronic service of process under Fed. R. Civ. P. 4(f)(3) on Defendants;

WHEREAS, on January 26, 2026, this Court entered the following:

(a.) (1) Temporary Restraining Order, including a temporary injunction, (2) Order Restraining Assets, (3) Order for Expedited Discovery, and (4) Order to Show Cause why a Preliminary Injunction Should Not Issue (Dkt. No. 19) (collectively the "TRO and Other Relief"); and

(b.) Order for Authorization to Perform Electronic Service of Process under Fed. R. Civ. P. 4(f)(3) (Dkt. No. 21) ("Order for Alternative Service");

1

WHEREAS, on February 2, 2026, upon Motion by Plaintiff, this Court extended the TRO and Other Relief and other briefing deadlines regarding the preliminary injunction order and rescheduled the Show Cause Hearing regarding the preliminary injunction order (Dkt. No. 23);

WHEREAS, on February 5, 2026, pursuant to the terms of the Order for Alternative Service, Defendants listed on Schedule A to Plaintiff's Complaint were served with the Summons, Schedule A to the Complaint, the Complaint and a publicly accessible URL link to the accompanying Complaint documents, Order for Alternative Service, TRO and Other Relief, Order (Dkt. No. 7), notice of the Show Cause Hearing for Preliminary Injunction Order and briefing deadlines, as rescheduled and extended, and a publicly accessible URL link containing all the above and other relevant motions, orders, and notices;

WHEREAS, on February 16, 2026, Plaintiff filed a Motion for Preliminary Injunction Order against Defendants in connection with the Show Cause Hearing, containing a Proposed Order thereof; and

WHEREAS, on February 19, 2026, Plaintiff appeared for the Show Cause Hearing regarding the Preliminary Injunction Order; however, no Defendants appeared, nor any of the Third-Party Service Providers or Financial Institutions.

## FACTUAL FINDINGS AND CONCLUSION OF LAW

1. This Court finds that the injunctive and other relief previously granted in TRO and Other Relief (Dkt. No. 19) should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction Order is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of PLAINTIFF's previously granted Motion for TRO and Other Relief establishes that

2

PLAINTIFF has demonstrated a likelihood of success on the merits; that PLAINTIFF will suffer irreparable harm if the injunction is not granted; that the balance of harms favors PLAINTIFF; and that the public interest is served by the Preliminary Injunction Order.

2. PLAINTIFF is likely to prevail on its copyright claims at trial.

3. PLAINTIFF is the author and owner of United States Copyright Nos. VA 2-449-622 and PAu 4-266-422 (hereinafter "PLAINTIFF's Copyrights").

4. Defendants, through the fully interactive, purely commercial, Internet based e-commerce stores operating under the respective seller aliases set forth on Schedule A to the Complaint (Dkt. No. 10) and herein, have advertised, reproduced, promoted, offered for sale, and/or sold goods utilizing infringing and/or derivatives copies of PLAINTIFF's Copyrights on at least the products identified on Schedule A to the Complaint (Dkt. No. 10) and herein ("Infringing Products"). Defendants have copied constituent elements of PLAINTIFF's Copyrights that are original. Defendants are not licensed or otherwise authorized by PLAINTIFF to utilize PLAINTIFF's Copyrights.

5. Through the e-commerce marketplace platform, PLAINTIFF accessed all of Defendants' e-commerce stores operating under the seller aliases and captured the Defendants' listings at issue on the e-commerce stores. *See* Dkt. Nos. 11-12. At the conclusion of the process, PLAINTIFF presented such evidence clearly demonstrating that Defendants are using, without authorization, PLAINTIFF's Copyrights in connection with the Infringing Products.

6. There is good cause to believe that the unauthorized and unlicensed use of PLAINTIFF's Copyrights will continue in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of the products so advertised; and that

PLAINTIFF was and may continue to suffer irreparable harm absent an injunction, including loss of future sales, loss of creative content, loss of market share, goodwill and reputation of PLAINTIFF's Copyrights, loss of exclusivity, an inability to realize a return on investment, and loss of ratings for their genuine products and an unnatural erosion of the legitimate marketplace in which they operate.

7. The balance of potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to PLAINTIFF, and its and PLAINTIFF's Copyrights' reputation and goodwill as a seller and source of quality products, if such relief is not issued.

8. The public interest favors issuance of the preliminary injunction order in order to protect PLAINTIFF's interests and protect the public from being deceived and defrauded by the passing off of Defendants' goods as PLAINTIFF's genuine goods. The injury to the public is significant, and the injunctive relief herein is specifically intended to remedy that injury by dispelling the public confusion created by Defendants' actions.

9. This Court also finds that PLAINTIFF has provided proper notice to Defendants in accordance with the TRO and Other Relief, Order for Alternative Service, and Federal Rule of Civil Procedure 65(a).

10. At this time, this Court finds that it has original subject matter jurisdiction over the claims in this action and that venue is proper.

11. At this time, this Court finds that it has personal jurisdiction over Defendants because Defendants directly and affirmatively target their business activities toward consumers in the United States, including Pennsylvania. Specifically, PLAINTIFF has provided a basis

to conclude that each Defendant has targeted sales to Pennsylvania residents by setting up and operating an e-commerce store, where Defendants advertise, display, offer to sell, and stand ready, willing and able to sell and ship Infringing Products to residents within the Western District of Pennsylvania. Defendants affirmatively offer to sell and ship Infringing Products to the United States, including Pennsylvania, and Defendants' sites are in English and accept USD. In this case, PLAINTIFF has presented screenshot evidence that each Defendant e-commerce store is affirmatively reaching out to do business with Pennsylvania residents by operating one or more purely commercial, interactive internet stores through which Pennsylvania residents can and likely do purchase and ship Infringing Products to Pennsylvania. *See* Dkt Nos. [11-12], which includes screenshot evidence confirming that each Defendant internet store does affirmatively stand ready, willing and able to sell and ship its Infringing Products to customers in Pennsylvania utilizing infringing and/or derivative versions of PLAINTIFF's Copyrights.

12. This Court finds good cause to maintain the prejudgment asset freeze granted in the TRO and Other Relief. There is good cause to believe that Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts and change or modify account data, thereby thwarting PLAINTIFF's ability to obtain meaningful relief. Under Pennsylvania law and this Court's inherent authority, this Court may issue a prejudgment asset restraint where PLAINTIFF's Complaint seeks relief in equity, which it does. Therefore, this Court has the authority to grant PLAINTIFF's request for a continued prejudgment asset restraint to preserve the relief sought by PLAINTIFF and preserve the Defendants' ability to at least partially satisfy any judgment. The prejudgment asset restraint is also appropriate in this case because

Defendants can and likely will move or otherwise transfer their financial assets to overseas accounts, depriving PLAINTIFF of final relief.

13. This Court finds good cause to maintain the expedited discovery of Defendants granted in the TRO and Other Relief.

## ORDER

Based on the foregoing findings of fact and conclusions of law, PLAINTIFF's Motion is hereby GRANTED as follows (the "Order"):

## I.    Restraining Order

A.    IT IS HEREBY ORDERED, as to Defendants, sufficient cause has been shown that the injunctive and other relief previously granted on January 26, 2026 (Dkt. No. 19) shall remain in place through the pendency of this litigation and issuing this Preliminary Injunction Order ("PI Order") is warranted under Fed. R. Civ. P. 65 and 17 U.S.C. § 504. Accordingly, each of the Defendants, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants are hereby enjoined and restrained from:

1. using PLAINTIFF's Copyrights or any reproductions, derivative copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PLAINTIFF product or not authorized by PLAINTIFF to be sold in connection with PLAINTIFF's Copyrights;

2. passing off, inducing, or enabling others to sell or pass off any product as a genuine PLAINTIFF product or any other product produced by PLAINTIFF, that is not PLAINTIFF's or not produced under the authorization, control, or supervision of

PLAINTIFF and approved by PLAINTIFF for sale under the PLAINTIFF's Copyrights;

3. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFF, or are sponsored by, approved by, or otherwise connected with PLAINTIFF; and

4. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for PLAINTIFF, nor authorized by PLAINTIFF to be sold or offered for sale, and which bear the PLAINTIFF's Copyrights or any reproductions, derivative copies, or colorable imitations.

B.     Upon PLAINTIFF's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., Walmart, Temu, PayPal, Stripe, AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any Infringing Product listing or advertisements used by or associated with Defendants in connection with the sale of infringing goods using the PLAINTIFF's Copyrights, as delineated in Schedule A to the Complaint (Dkt. No. 10) and herein.

C.     The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc.,

within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names, as delineated on Schedule A to the Complaint (Dkt. No. 10) and herein, and make them inactive and untransferable until further order by this Court.

## II.      Order Restraining Defendants' Assets

A.      IT IS HEREBY ORDERED, as sufficient cause has been shown, Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

B.      Any Third Party Providers, including Temu, Walmart, PayPal, Stripe, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and other payment processors or platforms, shall, within seven (7) calendar days of receipt of this Order:

1. locate all accounts and funds connected to Defendants' seller aliases and respective emails, including, but not limited to, any financial accounts connected to the information listed in Schedule A to the Complaint (Dkt. No. 10) and herein, and any e-mail addresses provided for Defendants by third parties; and

2. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

## III.     Order for Expedited Discovery

A.      PLAINTIFF is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, which shall be due no later than fourteen (14) days after issuance, related to:

1. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

2. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

3. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Alibaba Group Holding Ltd. ("Alibaba"), Temu, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

B.     Upon PLAINTIFF's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., Walmart, Temu, PayPal, Stripe, AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of

9

such notice, provide to PLAINTIFF expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

1. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, specifically including all known contact information and all associated e-mail addresses;

2. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

3. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Stripe, PayPal, Temu, Walmart, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

**IV.        Security Bond**

IT IS FURTHER ORDERED that the bond posted by Plaintiff in the amount of One Hundred Fifty Three Thousand Dollars ($153,000.00 USD) shall remain with the Court until a final disposition of this case or until the PI Order is terminated.

## V.          Order to Unseal

IT IS FURTHER ORDERED that the Clerk of the Court shall unseal Plaintiff's sealed pleading(s) [DOCKET NOS. 10-13].

SO ORDERED.

SIGNED this _____ day of _____, 2026, at _____.

Pittsburgh, Pennsylvania.

_____
Judge Christy Criswell Wiegand
UNITED STATES DISTRICT JUDGE

11

**SCHEDULE A**

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Amazon | AIMEIJIAJU | A1010BQB7NSKIC | B0F9DR5V5D | PAu 4-266-422 |
| | | | | B0F9F7T7JN | PAu 4-266-422 |
| 2 | Amazon | 盈宝百货经营部 | A1056SCDK0O709 | B0F38FYFFC | PAu 4-266-422 |
| | | | | B0F38G4MGR | PAu 4-266-422 |
| | | | | B0F38G515S | PAu 4-266-422 |
| 3 | Amazon | yifa0790 | A10RTULBMCQBMH | B0F83222JX | VA 2-449-622 |
| | | | | B0FCFRL6HL | PAu 4-266-422 |
| | | | | B0FCFSHHNC | PAu 4-266-422 |
| | | | | B0FCFSJ6T9 | PAu 4-266-422 |
| 4 | Amazon | HYSMH | A113T2ZREV3BC0 | B0FCMJ9NPT | PAu 4-266-422 |
| 5 | Amazon | xiruns | A117PK1D7H7RW1 | B0F9VG1H69 | PAu 4-266-422 |
| | | | | B0F9VGPK97 | PAu 4-266-422 |
| | | | | B0F9VH2R4V | PAu 4-266-422 |
| | | | | B0F9VK5165 | PAu 4-266-422 |
| 6 | Amazon | DZHSM | A122CXTM0WNBSP | B0F3JFJ7QH | PAu 4-266-422 |
| | | | | B0F3JGHFP2 | PAu 4-266-422 |
| | | | | B0F3JGRD9H | PAu 4-266-422 |
| | | | | B0F3JH8SGK | PAu 4-266-422 |
| 7 | Amazon | Setxxop | A12E689K5VZA7E | B0F8NXKQZJ | PAu 4-266-422 |
| | | | | B0F8NXVQSD | PAu 4-266-422 |
| | | | | B0F8P167NR | PAu 4-266-422 |
| | | | | B0F8P226BK | PAu 4-266-422 |
| 8 | Amazon | QUXIALI | A136AANWF94XVC | B0F3BPWML6 | PAu 4-266-422 |
| 9 | Amazon | wangadexiaodian | A149A0RIU7CQ0G | B0F9F9RMDZ | PAu 4-266-422 |
| 10 | Amazon | Home Electronics Cheap Clearance Store | A14BW3URLZQRFV | B0F9WPNH78 | PAu 4-266-422 |
| | | | | B0F9WQ38WD | PAu 4-266-422 |
| | | | | B0F9WQBWMN | PAu 4-266-422 |

| | | | B0F8H6XRZY | PAu 4-266-422 |
|---|---|---|---|---|
| 11 | Amazon | JHCBS | A14EAGF7MQ4TJW | |
| | | | B0F8HB1G1R | PAu 4-266-422 |
| | | | B0F8HFFLLB | PAu 4-266-422 |
| | | | B0F8HRLCMP | PAu 4-266-422 |
| 12 | Amazon | getuse-US | A159UWR73FUUAE | B0FF4K6TT1 | PAu 4-266-422 |
| 13 | Amazon | AmyhiII | A15EEWJNURANKJ | B0FCFB3HGM | PAu 4-266-422 |
| | | | | B0FCFD2GFR | PAu 4-266-422 |
| | | | | B0FCFFFG9Y | PAu 4-266-422 |
| | | | | B0FCFFGLMT | PAu 4-266-422 |
| 14 | Amazon | YONGZHENMA | A15HNKI8PPUF1B | B0FF99KRGT | PAu 4-266-422 |
| | | | | B0FF98KXFQ | PAu 4-266-422 |
| 15 | Amazon | Gleamwing | A16RUV8RKTFQPT | B0F9TPTJ12 | PAu 4-266-422 |
| 16 | Amazon | HDimmortal | A16UROX8EA0KH2 | B0F99JM3LG | PAu 4-266-422 |
| | | | | B0F99H5B1T | PAu 4-266-422 |
| | | | | B0F99FQCH2 | PAu 4-266-422 |
| 17 | Amazon | Feida666 | A17BVEP6Q0IME9 | B0F9YM47LP | PAu 4-266-422 |
| | | | | B0F9YL5W1Y | PAu 4-266-422 |
| | | | | B0F9YKZNXG | PAu 4-266-422 |
| 18 | Amazon | huifeidezhu | A17I0HQTQYAXIS | B0F43J6X54 | PAu 4-266-422 |
| | | | | B0F43FZSYW | PAu 4-266-422 |
| 19 | Amazon | SanShiJianCai | A17WTMQW20KF8H | B0F9Y3JX9K | PAu 4-266-422 |
| | | | | B0F9Y4Z6R5 | PAu 4-266-422 |
| | | | | B0F9Y56JBR | PAu 4-266-422 |
| | | | | B0F9Y7GYNX | PAu 4-266-422 |
| 20 | Amazon | YANGd | A17XWB7W9JEBYZ | B0F3XJKR2L | PAu 4-266-422 |
| | | | | B0F3XG8XY8 | PAu 4-266-422 |
| 21 | Amazon | JiDuoZw | A19FB5WKH1Z8VD | B0F9PNDNSD | PAu 4-266-422 |
| | | | | B0F8C5D33J | PAu 4-266-422 |

13

| 22 | Amazon | 合肥经济技术开发区丽晓百货店 | A1A63JVZUOXQ2Q | B0F43P6KTG | PAu 4-266-422 |
|---|---|---|---|---|---|
| 23 | Amazon | SkiPdrDa | A1A7HR4MA3UABS | B0F3J8SMZZ | PAu 4-266-422 |
| | | | | B0F3JD23KB | PAu 4-266-422 |
| | | | | B0F3JC8WZT | PAu 4-266-422 |
| | | | | B0F3JB8VJM | PAu 4-266-422 |
| 24 | Amazon | Jing Ang | A1A84J4FQDOMB4 | B0F9397H7J | PAu 4-266-422 |
| | | | | B0F93B9H42 | PAu 4-266-422 |
| | | | | B0F93BYYTT | PAu 4-266-422 |
| 25 | Amazon | FANJUNYING | A1C02Y51CA0Y0O | B0F384LP2D | PAu 4-266-422 |
| | | | | B0F8BJ9Y7X | PAu 4-266-422 |
| | | | | B0F8BJJTSB | PAu 4-266-422 |
| 26 | Amazon | Yeuiba | A1CVZHISW5N6LU | B0F8NNLS7H | PAu 4-266-422 |
| | | | | B0F8NQ775D | PAu 4-266-422 VA 2-449-622 |
| 27 | Amazon | JingJiKaiFaQuXinDaLu | A1D56AIP3Q3BI | B0F9YTQHJW | PAu 4-266-422 |
| | | | | B0F9YVTVVQ | PAu 4-266-422 |
| | | | | B0F9YXFP19 | PAu 4-266-422 |
| | | | | B0F9YVVP9F | PAu 4-266-422 |
| 28 | Amazon | 华易达百货店 | A1FXBCU44G0JYG | B0FCFQWX4F | PAu 4-266-422 |
| | | | | B0FCFQ2SVS | PAu 4-266-422 |
| | | | | B0FCFL7XGS | PAu 4-266-422 |
| 29 | Amazon | CQShangmou | A1G14GV4SU7XXS | B0F4N2TTFR | PAu 4-266-422 |
| 30 | Amazon | Gomabo | A1GQ3OL3IQUY5U | B0F37XCN1Y | PAu 4-266-422 |
| | | | | B0F37YWL2W | PAu 4-266-422 |
| | | | | B0F37YYPHJ | PAu 4-266-422 |
| | | | | B0F37Z3VGS | PAu 4-266-422 |
| | | | | B0F37ZK4R7 | PAu 4-266-422 |
| | | | | B0F37X95ZK | PAu 4-266-422 |
| | | | | B0F37WJY9Z | PAu 4-266-422 |

| | | | | B0F37W5N82 | PAu 4-266-422 |
|---|---|---|---|---|---|
| | | | | B0F37W1D47 | PAu 4-266-422 |
| 31 | Amazon | sclionge | A1HNVZDC4KIP9W | B0F3X5D813 | PAu 4-266-422 |
| | | | | B0F3X844MD | PAu 4-266-422 |
| | | | | B0F3XBFJCS | PAu 4-266-422 |
| 32 | Amazon | Bluecozy | A1JBN5L7XDZNZ5 | B0F43LYDDP | PAu 4-266-422 |
| 33 | Amazon | leJeem | A1JYG2P4CXB80V | B0F8HZ5XLR | PAu 4-266-422 |
| | | | | B0F8H6LZ92 | PAu 4-266-422 |
| 34 | Amazon | Hanshangwo | A1JYKZK5724BZO | B0F386Z2PG | PAu 4-266-422 |
| 35 | Amazon | Jakexun | A1LNI36F6NP0C5 | B0FDX27DCV | PAu 4-266-422 |
| 36 | Amazon | CrimsonCraftworks | A1NHS09S2IMOU3 | B0FGDPJB6X | PAu 4-266-422 |
| | | | | B0FGDS467H | PAu 4-266-422 |
| 37 | Amazon | lujiahao | A1O8BH1KDYP54Z | B0F3CBCDLQ | PAu 4-266-422 |
| | | | | B0F3CG3HPT | PAu 4-266-422 |
| 38 | Amazon | AngelaLiu | A1OQMOMKWOBUGA | B0F3Q7GQZN | PAu 4-266-422 |
| 39 | Amazon | Bxzna | A1PI6PDQIYLBW9 | B0F3NMB7X4 | PAu 4-266-422 |
| | | | | B0F3NMMD2W | PAu 4-266-422 |
| | | | | B0F3NNSHGD | PAu 4-266-422 |
| 40 | Amazon | xldzi | A1QM0A6LTVO87K | B0F3TSS8JQ | PAu 4-266-422 |
| | | | | B0F3TP5QSP | PAu 4-266-422 |
| | | | | B0F3THW5Y1 | PAu 4-266-422 |
| 41 | Amazon | yunchengshiyanhuqutonghuidianzishangwuyouxiangongsi | A1QMQZ0ZAM4WUO | B0F6SY8YLP | PAu 4-266-422 |
| | | | | B0F6T456K6 | PAu 4-266-422 |
| | | | | B0F6T98Z5P | PAu 4-266-422 |
| 42 | Amazon | ERZJUT | A1S45260HP0IC6 | B0FF8XF1MP | PAu 4-266-422 |
| | | | | B0FF8S3CN9 | PAu 4-266-422 |
| 43 | Amazon | HEFEIWENYEMAOYIYOUXIANGONGSI | A1SU9N56IG7Q7Y | B0F8SHJ87D | PAu 4-266-422 |
| | | | | B0F8S8YJ45 | PAu 4-266-422 |
| | | | | B0F8S273YF | PAu 4-266-422 |

| | | | | |
|---|---|---|---|---|
| 44 | Amazon | tweakDAY Warehouse Clearance | A1T65M3OUBYMG3 | B0F3X72JM2 | PAu 4-266-422 |
| | | | | B0F3X72QRJ | PAu 4-266-422 |
| 45 | Amazon | Xuemei2112 | A1TBJXXXTV32VR | B0F5WCKQ7L | PAu 4-266-422 |
| | | | | B0F5VN54L9 | PAu 4-266-422 |
| 46 | Amazon | xinghongda-USA | A1U0WZWVISRI6G | B0F83WZ5QV | PAu 4-266-422 |
| | | | | B0FBDRYTW7 | PAu 4-266-422 |
| 47 | Amazon | MEJO | A1U4GZCBNY89IP | B0F3CNVW2J | PAu 4-266-422 |
| | | | | B0F3CQQJ9B | PAu 4-266-422 |
| 48 | Amazon | HFCS LTD | A1XDOHMP92RSFB | B0F3822RRN | PAu 4-266-422 |
| | | | | B0F38545YS | PAu 4-266-422 |
| 49 | Amazon | AMKDGMSG | A1YEGB66N2TRLE | B0F3F31SZB | PAu 4-266-422 |
| 50 | Amazon | Zaowuxs-US | A1YLMEJ4BG8SAL | B0F8VN22K3 | PAu 4-266-422 |
| | | | | B0F8VQTY43 | PAu 4-266-422 |
| | | | | B0F8VSY8L7 | PAu 4-266-422 |
| 51 | Amazon | TWT RABBIT | A1ZGRM29899QPL | B0F3P5SX8L | PAu 4-266-422 |
| 52 | Amazon | MakingBank | A1ZNAP0BPS7879 | B0F8HWPPFW | PAu 4-266-422 |
| | | | | B0F8HVW1D6 | PAu 4-266-422 |
| 53 | Amazon | Mengmao66 | A20KPIMGD8VUM4 | B0F37WKZHS | PAu 4-266-422 |
| | | | | B0F37YF47X | VA 2-449-622 |
| 54 | Amazon | Liu Zhipeng | A22EE16L2VMBNE | B0F3CPL2B7 | VA 2-449-622 |
| | | | | B0F3CSBXRM | PAu 4-266-422 VA 2-449-622 |
| 55 | Amazon | YAMOshi | A22NT16S2XZX | B0F3NB18K5 | PAu 4-266-422 |
| | | | | B0F3NDQYV5 | PAu 4-266-422 |
| 56 | Amazon | ZHAOXIANPANG | A22R1PTNE1Y795 | B0F387KXVM | PAu 4-266-422 |
| 57 | Amazon | MALXUN | A2668JQ5A3WPAD | B0F7L8LV4B | PAu 4-266-422 |
| | | | | B0F7LBMP57 | PAu 4-266-422 |
| 58 | Amazon | XinliangMY | A26UPBKPJRBEIC | B0F6MZ5VX8 | PAu 4-266-422 |
| | | | | B0F6N3KC8K | PAu 4-266-422 |
| 59 | Amazon | shimujie | A286B7ULO5DXVV | B0F3CV1R18 | PAu 4-266-422 |

| | | | | B0F3CZ2NMB | PAu 4-266-422 |
|---|---|---|---|---|---|
| 60 | Amazon | NONGDASHI | A28BNDM9W79K6D | B0FB9GT8NS | PAu 4-266-422 |
| | | | | B0FB9HJW7Z | PAu 4-266-422 |
| 61 | Amazon | shanxiyouyijing☆☆☆☆☆ | A291T3ZHB4I0PQ | B0F3CFG7VF | PAu 4-266-422 |
| 62 | Amazon | lroucznr | A2A68CUOBIIPDQ | B0F3J5DSTT | PAu 4-266-422 |
| | | | | B0F3TDR4QP | PAu 4-266-422 |
| | | | | B0F3TSKL3R | PAu 4-266-422 |
| 63 | Amazon | YUEHEMUYING | A2A719JNXO70IQ | B0F3WVDDZX | PAu 4-266-422 |
| | | | | B0F3WWXGNL | PAu 4-266-422 |
| | | | | B0F3WZ1BYK | PAu 4-266-422 |
| 64 | Amazon | E-Xine | A2BCOT7PBMD3JG | B0F89DRCSS | PAu 4-266-422 |
| | | | | B0F89D1GN6 | PAu 4-266-422 |
| 65 | Amazon | UU. | A2E3DVNF05WIVN | B0F8752M2Z | PAu 4-266-422 |
| 66 | Amazon | Kleixyq | A2EGPN7WFVEIP4 | B0F99J895K | PAu 4-266-422 |
| | | | | B0F616RVPJ | PAu 4-266-422 |
| | | | | B0F613S1YG | PAu 4-266-422 |
| 67 | Amazon | zhenyustore | A2FN9FUDGQMT6L | B0F6N711C1 | PAu 4-266-422 |
| | | | | B0F6N5MBZV | PAu 4-266-422 |
| | | | | B0F6N54MRX | PAu 4-266-422 |
| 68 | Amazon | Falgfwr | A2GDISS0BWXQEQ | B0F6BZMX79 | PAu 4-266-422 |
| 69 | Amazon | Qhhui | A2HANHRQB7QVY5 | B0F8H79VTC | PAu 4-266-422 |
| | | | | B0F8H6MBVK | PAu 4-266-422 |
| 70 | Amazon | High quality (7-14 days fast delivery☆☆☆☆) | A2IJQGKJWL58CP | B0FF3TRD8C | PAu 4-266-422 |
| | | | | B0FF3WZ6B2 | PAu 4-266-422 |
| | | | | B0FF3X9TW2 | PAu 4-266-422 |
| 71 | Amazon | deberían | A2IV9L66JE5EUN | B0F3CJV8ZV | PAu 4-266-422 |
| | | | | B0F8HDDD5B | PAu 4-266-422 |
| | | | | B0F8HHP6TW | PAu 4-266-422 |

17

| | | | | B0FBKDYT7B | PAu 4-266-422 |
|---|---|---|---|---|---|
| 72 | Amazon | xinzhoushixinfuqushengtaigongchengyouxiangongsi | A2J064XTOWMIDG | B0FBKCDW62 | PAu 4-266-422 |
| 73 | Amazon | zhengjingrenmaoyi | A2JH83L5DUVU4N | B0F9L4LQF4 | PAu 4-266-422 |
| | | | | B0F9L6CGJM | PAu 4-266-422 |
| 74 | Amazon | Kaiyoukeji | A2NEOO8NPHQS5D | B0F3C9G2YK | PAu 4-266-422 |
| | | | | B0F3CVNK2H | PAu 4-266-422 |
| 75 | Amazon | WYD-us | A2NLUOXZE2XWY | B0F93HDHZV | PAu 4-266-422 |
| | | | | B0F93HMM4D | PAu 4-266-422 |
| 76 | Amazon | HSJtwo | A2PBA5F09MRPLF | B0F7RJT5VT | PAu 4-266-422 |
| | | | | B0F7RHCZKH | PAu 4-266-422 |
| | | | | B0F7RH925Z | PAu 4-266-422 |
| | | | | B0F7RGFWSN | PAu 4-266-422 |
| | | | | B0F7RGDWDY | PAu 4-266-422 |
| | | | | B0F7RDSKX4 | PAu 4-266-422 |
| 77 | Amazon | jinbudai☆☆☆☆☆(7-14 days fast delivery) | A2PLT6QQ48TM30 | B0F3882SP6 | PAu 4-266-422 |
| | | | | B0F388YTZW | PAu 4-266-422 |
| 78 | Amazon | Airyflex | A2R3BY3JFJP0GW | B0FB3D4N96 | PAu 4-266-422 |
| | | | | B0FB3DNC23 | PAu 4-266-422 |
| | | | | B0FB3FNBL6 | PAu 4-266-422 |
| 79 | Amazon | yinqingbing | A2SS06IMC1J21D | B0F6NJQFQR | PAu 4-266-422 |
| | | | | B0F6NQRV9H | PAu 4-266-422 |
| | | | | B0F6NRFXLV | PAu 4-266-422 |
| 80 | Amazon | lantieshangdian | A2UDLQWQRN9Z2D | B0F9PQ1PWL | PAu 4-266-422 |
| 81 | Amazon | WDSD-US | A2UZ0NQERUNMGF | B0FDQYLH1H | PAu 4-266-422 |
| 82 | Amazon | ZhengZhouGouQinWangLuoKeJiYouXianGongSi | A2VTIE4T2463C9 | B0FD8RGPVM | PAu 4-266-422 |
| | | | | B0FD8QZ7WG | PAu 4-266-422 |
| | | | | B0FD8NZ2KC | PAu 4-266-422 |
| | | | | B0FD8PMZCY | PAu 4-266-422 |

| | | | | B0FD8PS8XM | PAu 4-266-422 |
|---|---|---|---|---|---|
| | | | | B0FD8Q8LSH | PAu 4-266-422 |
| 83 | Amazon | yangming1 | A2VZ1EOM3OGR8B | B0F6BZZXM6 | PAu 4-266-422 |
| | | | | B0F6C4XG6M | PAu 4-266-422 |
| | | | | B0F6C74FJD | PAu 4-266-422 |
| 84 | Amazon | DDYUI | A2W8BA78RW9QX6 | B0FC2MX3KV | PAu 4-266-422 |
| | | | | B0FC2N1H1G | PAu 4-266-422 |
| | | | | B0FC2Q1YV3 | PAu 4-266-422 |
| | | | | B0FC2Q7Q6F | PAu 4-266-422 |
| 85 | Amazon | qianzhaowen | A2Y50V75VREEZJ | B0F3D697D6 | PAu 4-266-422 |
| | | | | B0F3D6BSHH | PAu 4-266-422 |
| 86 | Amazon | heycd | A2YZ0R39S66JZR | B0F47SFYFV | PAu 4-266-422 |
| | | | | B0F5GGSY2C | PAu 4-266-422 |
| 87 | Amazon | SunDongXia | A2Z8LO6EWK08YU | B0F3DH8QXP | PAu 4-266-422 |
| | | | | B0F3DH9WH7 | PAu 4-266-422 |
| 88 | Amazon | BaiheStore | A30MHEYLX159F | B0F3HGF4F3 | PAu 4-266-422 VA 2-449-622 |
| | | | | B0F3JC4Q81 | PAu 4-266-422 VA 2-449-622 |
| 89 | Amazon | Ruifuxiang | A312ZXDJM6QY60 | B0F7HX9SGW | PAu 4-266-422 |
| | | | | B0F7HXN14G | PAu 4-266-422 |
| | | | | B0F7HW2RRH | PAu 4-266-422 |
| 90 | Amazon | chenweiminKK | A31D3KRQ31JBM0 | B0F99SJNFQ | PAu 4-266-422 |
| | | | | B0F99VP83F | PAu 4-266-422 |
| | | | | B0F99WN5SV | PAu 4-266-422 |
| 91 | Amazon | vfbdjvbfsfdtfeuy | A31NNMZ58T92UR | B0F38C8TMQ | PAu 4-266-422 VA 2-449-622 |
| | | | | B0F38BJ64Z | PAu 4-266-422 |
| | | | | B0F38BC7LW | PAu 4-266-422 |
| 92 | Amazon | Fuegxdxcs | A31RZB4M9QSQX6 | B0F482B6Y4 | PAu 4-266-422 |
| | | | | B0F47G9BP7 | PAu 4-266-422 |
| 93 | Amazon | xinmiao188 | A31ZCFRD1G21ZE | B0F4XDWX83 | VA 2-449-622 |

19

| | | | B0F7XJWF1D | PAu 4-266-422 |
|---|---|---|---|---|
| 94 | Amazon | balaanl | A350VJ6PSC7PER | |
| | | | B0F7XMY8LJ | PAu 4-266-422 |
| | | | B0F7XN6H8S | PAu 4-266-422 |
| 95 | Amazon | Ericabc | A351T6NRWD6STQ | B0F39DJH7V | PAu 4-266-422 |
| | | | | B0F39P73HB | PAu 4-266-422 |
| 96 | Amazon | WeiHao XDa | A368SH0P3QO6AA | B0F3HZNTKF | PAu 4-266-422 |
| | | | | B0F3HZP291 | PAu 4-266-422 |
| | | | | B0F89BGPHN | PAu 4-266-422 |
| | | | | B0F89CPQXB | PAu 4-266-422 |
| | | | | B0F89F1G4R | PAu 4-266-422 |
| | | | | B0F3HWSCHG | PAu 4-266-422 |
| 97 | Amazon | WGuiQuan | A36A24PC8I4MEK | B0F7LJKK4J | PAu 4-266-422 |
| 98 | Amazon | organher | A37MNIZP7JLDO0 | B0F4766KN2 | PAu 4-266-422 |
| | | | | B0F47MJ7MW | PAu 4-266-422 |
| 99 | Amazon | Bonuoke | A37QFPGSHO1U0T | B0F37X42Q7 | PAu 4-266-422 |
| | | | | B0F37VWMWN | PAu 4-266-422 |
| 100 | Amazon | wangxiaojun0530 | A382DBKGKP1FYD | B0F83T39D8 | PAu 4-266-422 |
| | | | | B0F8ZH3BD9 | PAu 4-266-422 |
| 101 | Amazon | 151Yapengou | A382ZZKMZBQW0P | B0F3XBG2S3 | PAu 4-266-422 |
| 102 | Amazon | hangdingyao | A3A7J3AYT9ZS7I | B0F3CQNT3F | PAu 4-266-422 |
| | | | | B0F3CT98W1 | PAu 4-266-422 |
| | | | | B0F8H62HFP | PAu 4-266-422 |
| | | | | B0F8HN43MV | PAu 4-266-422 |
| 103 | Amazon | meeqii | A3ATRGBSYOA0Z2 | B0FBYYPQ3X | PAu 4-266-422 |
| 104 | Amazon | Danyanty | A3BKS5ISMXVHBW | B0F92YDGCR | PAu 4-266-422 |
| | | | | B0F92XBXPQ | PAu 4-266-422 |
| 105 | Amazon | XJZNSBCSP | A3BZT88AVKSESO | B0FCBFCH44 | PAu 4-266-422 |
| | | | | B0FCBGVX55 | PAu 4-266-422 |

| | | | B0FCBLHCMB | PAu 4-266-422 |
|---|---|---|---|---|
| | | | B0FGC7B4F9 | PAu 4-266-422 |
| | | | B0FGCKVRJQ | PAu 4-266-422 |
| 106 | Amazon | Li Shop-US | A3CVI3IKNIMR80 | B0FGCFF8YW | PAu 4-266-422 |
| | | | B0FGCVGQYF | PAu 4-266-422 |
| | | | B0FGD1ZFX4 | PAu 4-266-422 |
| | | | B0FGD41JNM | PAu 4-266-422 |
| 107 | Amazon | Waycin | A3F2R8KSOLNG2P | B0F3HRMDFL | PAu 4-266-422 |
| | | | B0F3HRV7YB | PAu 4-266-422 |
| | | | B0F3HVYQFQ | PAu 4-266-422 |
| 108 | Amazon | hefeixiangq | A3IK0GGH5BQPMJ | B0F3JF51XQ | VA 2-449-622 |
| | | | B0F3JFNWY7 | VA 2-449-622 |
| | | | B0F3JK67CM | VA 2-449-622 |
| 109 | Amazon | guohashangmao | A3JR0LS456MWQ0 | B0F8GTS218 | PAu 4-266-422 |
| 110 | Amazon | Clearance Sales Shop-US-Nelmi | A3MHIXQ80MJULP | B0F84FR8DT | PAu 4-266-422 |
| 111 | Amazon | coersd | A3NEW7US3498PO | B0F3HRGJDM | PAu 4-266-422 |
| | | | B0F3HXKRZT | PAu 4-266-422 |
| 112 | Amazon | VIECDJSK | A3NO91GDGFKAMU | B0F7L5DVMN | PAu 4-266-422 |
| | | | B0F7L63HT5 | PAu 4-266-422 |
| 113 | Amazon | Pehong | A3NPJGOSNT0FHK | B0F9YHN5PQ | PAu 4-266-422 |
| | | | B0F9YKH54R | PAu 4-266-422 |
| | | | B0F9YMGS6D | PAu 4-266-422 |
| | | | B0F9YMLJBR | PAu 4-266-422 |
| 114 | Amazon | ZHANGBOONE | A3NTXJBD85TWZT | B0F8H4JLWC | PAu 4-266-422 |
| | | | B0F8HTD3YP | PAu 4-266-422 |
| | | | B0F38C9DSG | PAu 4-266-422 |
| 115 | Amazon | lOEUXS | A3OKDGKM0FLBPB | B0F4JQVYD6 | PAu 4-266-422 |
| 116 | Amazon | wartleves Us | A3PZ9MJ9NL66AM | B0F3X9W5LQ | PAu 4-266-422 |

| | | | | B0F3XCJJ62 | PAu 4-266-422 |
|---|---|---|---|---|---|
| 117 | Amazon | FUXINGSENLINJINGYING | A3QI9JJ776QD0I | B0F32L9CYG | VA 2-449-622 |
| | | | | B0F32M7K2N | VA 2-449-622 |
| | | | | B0F32MPJ2L | VA 2-449-622 |
| | | | | B0F32NXTGF | VA 2-449-622 |
| 118 | Amazon | FangoolJY | A3RHOMX7MQPRND | B0F8RFWM4S | PAu 4-266-422 |
| 119 | Amazon | LINHAI CHAOSHI | A3T5F4M314CLH7 | B0F3J8MDNL | VA 2-449-622 |
| 120 | Amazon | huangxiaolingok | A3TJ15AKWBJQR3 | B0F38BCB5M | PAu 4-266-422 |
| | | | | B0F38B2YXX | PAu 4-266-422 |
| 121 | Amazon | MRGIINRI | A3VQKTC1EQR50K | B0F3HRJR9D | PAu 4-266-422 |
| | | | | B0F3HY6LL7 | PAu 4-266-422 |
| 122 | Amazon | XinXinLongChengJian | A4582EZ0DEEW2 | B0F32HY33X | PAu 4-266-422 |
| | | | | B0F32J7T6B | PAu 4-266-422 |
| | | | | B0F32JRFLM | PAu 4-266-422 |
| 123 | Amazon | Jingyuan Store | A4WT7WMKYACZL | B0F3J11LM9 | PAu 4-266-422 |
| 124 | Amazon | NIMBUSSS Global | A4YU9TX3ZPX20 | B0FDTHDG44 | PAu 4-266-422 |
| | | | | B0FDS88G1T | PAu 4-266-422 |
| | | | | B0FDS4V273 | PAu 4-266-422 |
| 125 | Amazon | Liu XuDong | A5ZHW793VIOKS | B0F43TFPGH | PAu 4-266-422 |
| | | | | B0F43T6JNJ | PAu 4-266-422 |
| 126 | Amazon | taiyuanxiwenshangmaoyouxiangongsi | A806XVZ0ACZ46 | B0F383HQ3S | PAu 4-266-422 |
| | | | | B0F3849VJB | PAu 4-266-422 |
| | | | | B0F8PSS21V | PAu 4-266-422 |
| | | | | B0F8PVV9NT | PAu 4-266-422 |
| 127 | Amazon | Yanmis | A8AMAIIWM2FLU | B0FC6S1N56 | PAu 4-266-422 |
| | | | | B0FC6S9B9J | PAu 4-266-422 |
| 128 | Amazon | nazhendianzi | A8FZDHD0JS14J | B0F8HZGWWS | PAu 4-266-422 |
| | | | | B0F8HW873L | PAu 4-266-422 |

| | | | B0F3C5QVKM | PAu 4-266-422 |
|---|---|---|---|---|
| 129 | Amazon | ZHOUyang | A8IL13PFGHO3C | B0F3CCS2JX | PAu 4-266-422 |
| | | | | B0F3CC4WFS | PAu 4-266-422 |
| 130 | Amazon | haolism | AAAVJT5WW0CAS | B0F4JNWWNT | PAu 4-266-422 |
| | | | | B0F4JMYRGW | PAu 4-266-422 |
| | | | | B0F4J6PS18 | PAu 4-266-422 |
| 131 | Amazon | Gangbandianzi | AAKSZ9NRVV4P1 | B0F38DQSLR | PAu 4-266-422 |
| 132 | Amazon | yunchengshiyanhuqumansuobaihuoshanghang | AAOJ0XUK448PB | B0F3XS8V2N | PAu 4-266-422 |
| | | | | B0F3XR9J54 | PAu 4-266-422 VA 2-449-622 |
| 133 | Amazon | Happy Warrior Zihaoya | AAPXIMT62NE70 | B0F7LSNMXG | PAu 4-266-422 |
| | | | | B0F7LR4C2F | PAu 4-266-422 |
| 134 | Amazon | meishuosheng | ADMBD0IU0W5P1 | B0F8B93H5G | VA 2-449-622 |
| 135 | Amazon | Kqinustyu | AEXUWGSYADX64 | B0F3CGBM5J | PAu 4-266-422 |
| | | | | B0F8HHYJWK | PAu 4-266-422 |
| | | | | B0F8HJNB7K | PAu 4-266-422 |
| | | | | B0F8HJRRZQ | PAu 4-266-422 |
| | | | | B0F8HV3PGX | PAu 4-266-422 |
| 136 | Amazon | JYBFF | AIBKKIOHP9KWB | B0F3J7F4QL | PAu 4-266-422 |
| | | | | B0F3J7J1WK | PAu 4-266-422 |
| 137 | Amazon | XINGA Direct (Fast Delivery 7 - 15 Days) | AJLV1GJE6JRUZ | B0F995HK47 | PAu 4-266-422 |
| | | | | B0F99579T1 | PAu 4-266-422 |
| 138 | Amazon | hefeigeqian | AKWXE6F6K2EIP | B0F3CT2RNW | PAu 4-266-422 |
| 139 | Amazon | Desfwe | AL5URY9BJ85DA | B0F3T592V6 | PAu 4-266-422 |
| 140 | Amazon | ZhangQing0209 | ALL1PLM1G6P8B | B0FCYVY2FR | PAu 4-266-422 |
| | | | | B0FCYPNN35 | PAu 4-266-422 |
| 141 | Amazon | ke pai dian zi | AMK684U059KHF | B0FCS6YT1Y | PAu 4-266-422 |
| 142 | Amazon | rongjiadz | AMN2FV4SOETOI | B0F3X55X1R | PAu 4-266-422 |
| | | | | B0F3X33JBH | PAu 4-266-422 |
| 143 | Amazon | HWZCRS | AO81045YRY4MZ | B0F93S5YK7 | PAu 4-266-422 |

| | | | | B0F93QMNVP | PAu 4-266-422 |
|---|---|---|---|---|---|
| 144 | Amazon | Huofafashangmao | AOY7XD1C5DKCD | B0FFGQVWSF | VA 2-449-622 |
| 145 | Amazon | xunqee - US☆☆☆☆☆ | ARBEKX2FMYF9P | B0F9LFC652 | PAu 4-266-422 |
| | | | | B0F8752M2Z | PAu 4-266-422 |
| 146 | Amazon | Kuncheng Store | AT4GNEJH1YWPB | B0F3HT33SV | PAu 4-266-422 |
| | | | | B0F3HX7BWQ | PAu 4-266-422 |
| 147 | Amazon | AMDSNES | AVQVTERD8BILS | B0F8J7CLQK | VA 2-449-622 |
| 148 | Amazon | chongchongfei | AWYLKNQXB4QQC | B0F3CZZLZV | PAu 4-266-422 |
| | | | | B0F3D3YCCQ | PAu 4-266-422 |
| 149 | Amazon | Caoqiangser | AY4966661FO2F | B0F38FGY15 | PAu 4-266-422 |
| 150 | Amazon | zhao he shang mao | AYLL099NLYLL0 | B0FGTV6NYY | PAu 4-266-422 |
| 151 | Amazon | 张家港锦祎贸易有限公司 | AYTR1CLNG5E52 | B0F62P2M4G | PAu 4-266-422 |
| | | | | B0F62PLL3K | PAu 4-266-422 |
| | | | | B0F92RXBZF | PAu 4-266-422 |
| 152 | Amazon | tangheshangmaozhongxin | AZ4Q9HFR78A26 | B0FFH7KWX9 | PAu 4-266-422 |
| | | | | B0FFHGL32S | PAu 4-266-422 |
| 153 | Amazon | 仲资商城 | AZF626TJPYBCY | B0FDBFS2RT | PAu 4-266-422 |
| | | | | B0FDBGMRNN | PAu 4-266-422 |
| | | | | B0FDBGMRNP | PAu 4-266-422 |
| | | | | B0FDBJ1PXK | PAu 4-266-422 |