IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAR CRASH LLC, | |
| Plaintiff, | 2:26-CV-00046-CCW |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendant. | |

**MINUTE ENTRY**
**FEBRARY 19, 2026 SHOW CAUSE HEARING**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:
Ge Lei, Esquire

Appearing for Defendant:

Conference Began: 11:12 a.m.

Conference Ended: 11:22 a.m.

Adjourned to:    Not applicable

Stenographer:    Sharon Siatkowski

Law Clerk:    Marie Nercessian
Courtroom Deputy:    Brian Wright

**SUMMARY OF PROCEEDINGS:**

The Court held a show cause hearing in the above-captioned case. Appropriate orders will follow.

cc (via ECF email notification):

All Counsel of Record