**Comparison Chart**

| Plaintiff's Copyrights Nos. and Titles | Plaintiff's Copyrights Deposits | Representative Samples of Defendants' Infringement |
|---|---|---|
| VA 2-449-622<br><br>CCS-1 | | |
| VA 2-449-622<br><br>CCS-2 | | |

| | | |
|---|---|---|
| VA 2-449-622<br><br>CCS-3 |  |  |
| VA 2-449-622<br><br>CCS-4 |  |  |
| PAu 4-266-422<br><br>CCS-Video-1 | <br><br>(Video) |  |

## Table Of Contents

| DEF NO. | DEFENDANT STORE / ONLINE MARKETPLACE NAME | PAGE NO. |
|---|---|---|
| **Amazon** | | |
| 1 | AIMEIJIAJU | 1 |
| 2 | 盈宝百货经营部 | 4 |
| 3 | yifa0790 | 8 |
| 4 | HYSMH | 13 |
| 5 | xiruns | 15 |
| 6 | DZHSM | 20 |
| 7 | Setxxop | 25 |
| 8 | QUXIALI | 30 |
| 9 | wangadexiaodian | 32 |
| 10 | Home Electronics Cheap Clearance Store | 34 |
| 11 | JHCBS | 38 |
| 12 | getuse-US | 43 |
| 13 | Amyhill | 45 |
| 14 | YONGZHENMA | 50 |
| 15 | Gleamwing | 53 |
| 16 | HDimmortal | 55 |
| 17 | Feida666 | 59 |
| 18 | huifeidezhu | 63 |
| 19 | SanShiJianCai | 66 |
| 20 | YANGd | 71 |

| 21 | JiDuoZw | 74 |
| 22 | 合肥经济技术开发区丽晓百货店 | 77 |
| 23 | SkiPdrDa | 79 |
| 24 | Jing Ang | 84 |
| 25 | FANJUNYING | 88 |
| 26 | Yeuiba | 93 |
| 27 | JingJiKaiFaQuXinDaLu | 97 |
| 28 | 华易达百货店 | 102 |
| 29 | CQShangmou | 106 |
| 30 | Gomabo | 108 |
| 31 | sclionge | 118 |
| 32 | Bluecozy | 122 |
| 33 | leJeem | 124 |
| 34 | Hanshangwo | 127 |
| 35 | Jakexun | 129 |
| 36 | CrimsonCraftworks | 131 |
| 37 | lujiahao | 134 |
| 38 | AngelaLiu | 137 |
| 39 | Bxzna | 139 |
| 40 | xldzi | 143 |
| 41 | yunchengshiyanhuqutonghuidianzishangwuyouxiangongsi | 147 |
| 42 | ERZJUT | 151 |
| 43 | HEFEIWENYEMAOYIYOUXIANGONGSI | 154 |

| 44 | tweakDAY Warehouse Clearance | 158 |
| 45 | Xuemei2112 | 161 |
| 46 | xinghongda-USA | 164 |
| 47 | MEJO | 167 |
| 48 | HFCS LTD | 170 |
| 49 | AMKDGMSG | 173 |
| 50 | Zaowuxs-US | 175 |
| 51 | TWT RABBIT | 179 |
| 52 | MakingBank | 181 |
| 53 | Mengmao66 | 184 |
| 54 | Liu Zhipeng | 187 |
| 55 | YAMOshi | 191 |
| 56 | ZHAOXIANPANG | 194 |
| 57 | MALXUN | 197 |
| 58 | XinliangMY | 200 |
| 59 | shimujie | 203 |
| 60 | NONGDASHI | 206 |
| 61 | shanxiyouyijing | 209 |
| 62 | lroucznr | 211 |
| 63 | YUEHEMUYING | 215 |
| 64 | E-Xine | 219 |
| 65 | UU. | 223 |
| 66 | Kleixyq | 225 |

| 67 | zhenyustore | 229 |
| 68 | Falgfwr | 233 |
| 69 | Qhhui | 235 |
| 70 | High quality (7-14 days fast delivery☆☆☆☆☆) | 238 |
| 71 | deberían | 242 |
| 72 | xinzhoushixinfuqushengtaigongchengyouxiangongsi | 246 |
| 73 | zhengjingrenmaoyi | 249 |
| 74 | Kaiyoukeji | 252 |
| 75 | WYD-us | 255 |
| 76 | HSJtwo | 258 |
| 77 | jinbudai          (7-14 days fast delivery) | 265 |
| 78 | Airyflex | 268 |
| 79 | yinqingbing | 272 |
| 80 | lantieshangdian | 276 |
| 81 | WDSD-US | 278 |
| 82 | ZhengZhouGouQinWangLuoKeJiYouXianGongSi | 280 |
| 83 | yangming1 | 287 |
| 84 | DDYUI | 291 |
| 85 | qianzhaowen | 296 |
| 86 | heycd | 299 |
| 87 | SunDongXia | 302 |
| 88 | BaiheStore | 305 |
| 89 | Ruifuxiang | 310 |

| 90 | chenweiminKK | 314 |
| 91 | vfbdjvbfsfdtfeuy | 318 |
| 92 | Fuegxdxcs | 323 |
| 93 | xinmiao188 | 326 |
| 94 | balaanl | 328 |
| 95 | Ericabc | 332 |
| 96 | WeiHao XDa | 335 |
| 97 | WGuiQuan | 342 |
| 98 | organher | 344 |
| 99 | Bonuoke | 347 |
| 100 | wangxiaojun0530 | 350 |
| 101 | 151Yapengou | 353 |
| 102 | hangdingyao | 355 |
| 103 | meeqii | 360 |
| 104 | Danyanty | 362 |
| 105 | XJZNSBCSP | 365 |
| 106 | Li Shop-US | 369 |
| 107 | Waycin | 376 |
| 108 | hefeixiangq | 380 |
| 109 | guohashangmao | 384 |
| 110 | Clearance Sales Shop-US-Nelmi | 386 |
| 111 | coersd | 388 |
| 112 | VIECDJSK | 391 |

| | | |
|---|---|---|
| 113 | Pehong | 394 |
| 114 | ZHANGBOONE | 399 |
| 115 | lOEUXS | 403 |
| 116 | wartleves Us | 405 |
| 117 | FUXINGSENLINJINGYING | 408 |
| 118 | FangoolJY | 429 |
| 119 | LINHAI CHAOSHI | 431 |
| 120 | huangxiaolingok | 433 |
| 121 | MRGIINRI | 436 |
| 122 | XinXinLongChengJian | 439 |
| 123 | Jingyuan Store | 443 |
| 124 | NIMBUSSS Global | 445 |
| 125 | Liu XuDong | 449 |
| 126 | taiyuanxiwenshangmaoyouxiangongsi | 452 |
| 127 | Yanmis | 457 |
| 128 | nazhendianzi | 460 |
| 129 | ZHOUyang | 464 |
| 130 | haolism | 467 |
| 131 | Gangbandianzi | 471 |
| 132 | yunchengshiyanhuqumansuobaihuoshanghang | 473 |
| 133 | Happy Warrior Zihaoya | 477 |
| 134 | meishuosheng | 480 |
| 135 | Kqinustyu | 482 |

| 136 | JYBFF | 488 |
| 137 | XINGA Direct (Fast Delivery 7 - 15 Days) | 491 |
| 138 | hefeigeqian | 494 |
| 139 | Desfwe | 496 |
| 140 | ZhangQing0209 | 499 |
| 141 | ke pai dian zi | 502 |
| 142 | rongjiadz | 504 |
| 143 | HWZCRS | 507 |
| 144 | Huofafashangmao | 510 |
| 145 | xunqee - US | 512 |
| 146 | Kuncheng Store | 515 |
| 147 | AMDSNES | 518 |
| 148 | chongchongfei | 520 |
| 149 | Caoqiangser | 523 |
| 150 | zhao he shang mao | 525 |
| 151 | 张家港锦祎贸易有限公司 | 527 |
| 152 | tangheshangmaozhongxin | 531 |
| 153 | 仲资商城 | 534 |

AIMEIJIAJU

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 1

Store Name: AIMEIJIAJU

Merchant ID: A1010BQB7NSKIC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1010BQB7NSKIC

Product ID: B0F9DR5V5D, B0F9F7T7JN

Product URL: https://www.amazon.com/dp/B0F9DR5V5D?keywords=Car%20Crash&m=A1010BQB7NSKIC&psc=1, https://www.amazon.com/dp/B0F9F7T7JN?keywords=Car%20Crash&m=A1010BQB7NSKIC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-24, 2025-06-26

1



Doe #1
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

2



Doe #1
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

3

盈宝百货经营部

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 2

Store Name: 盈宝百货经营部

Merchant ID: A1056SCDK0O709

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1056SCDK0O709

Product ID: B0F38FYFFC, B0F38G4MGR, B0F38G515S

Product URL: https://www.amazon.com/dp/B0F38FYFFC?keywords=Car%20Crash&m=A1056SCDK0O709&psc=1, https://www.amazon.com/dp/B0F38G4MGR?keywords=Car%20Crash&m=A1056SCDK0O709&psc=1, https://www.amazon.com/dp/B0F38G515S?keywords=Car%20Crash&m=A1056SCDK0O709&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

4



Doe #2
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

5



Doe #2
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

6



Doe #2
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

7

## yifa0790

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 3

Store Name: yifa0790

Merchant ID: A10RTULBMCQBMH

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10RTULBMCQBMH

Product ID: B0F83222JX, B0FCFRL6HL, B0FCFSHHNC, B0FCFSJ6T9

Product URL: https://www.amazon.com/dp/B0F83222JX?keywords=Car%20Crash&m=A10RTULBMCQBMH&psc=1,
https://www.amazon.com/dp/B0FCFRL6HL?keywords=Car%20Crash&m=A10RTULBMCQBMH&psc=1,
https://www.amazon.com/dp/B0FCFSHHNC?keywords=Car%20Crash&m=A10RTULBMCQBMH&psc=1,
https://www.amazon.com/dp/B0FCFSJ6T9?keywords=Car%20Crash&m=A10RTULBMCQBMH&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1, CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-06-26, 2025-07-01

8



Doe #3
Copyright(s) CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622

9



Doe #3
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

10



Doe #3
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

11



Doe #3
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

12

HYSMH

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 4

Store Name: HYSMH

Merchant ID: A113T2ZREV3BC0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A113T2ZREV3BC0

Product ID: B0FCMJ9NPT

Product URL: https://www.amazon.com/dp/B0FCMJ9NPT?keywords=Car%20Crash&m=A113T2ZREV3BC0&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

13



Doe #4

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

14

xiruns

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 5

Store Name: xiruns

Merchant ID: A117PK1D7H7RW1

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A117PK1D7H7RW1

Product ID: B0F9VG1H69, B0F9VGPK97, B0F9VH2R4V, B0F9VK5165

Product URL: https://www.amazon.com/dp/B0F9VG1H69?keywords=Car%20Crash&m=A117PK1D7H7RW1&psc=1, https://www.amazon.com/dp/B0F9VGPK97?keywords=Car%20Crash&m=A117PK1D7H7RW1&psc=1, https://www.amazon.com/dp/B0F9VH2R4V?keywords=Car%20Crash&m=A117PK1D7H7RW1&psc=1, https://www.amazon.com/dp/B0F9VK5165?keywords=Car%20Crash&m=A117PK1D7H7RW1&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

15



Doe #5
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

16



Doe #5
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

17



Doe #5
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

18



Doe #5
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

19

DZHSM

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 6

Store Name: DZHSM

Merchant ID: A122CXTM0WNBSP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A122CXTM0WNBSP

Product ID: B0F3JFJ7QH, B0F3JGHFP2, B0F3JGRD9H, B0F3JH8SGK

Product URL: https://www.amazon.com/dp/B0F3JFJ7QH?keywords=Car%20Crash&m=A122CXTM0WNBSP&psc=1, https://www.amazon.com/dp/B0F3JGHFP2?keywords=Car%20Crash&m=A122CXTM0WNBSP&psc=1, https://www.amazon.com/dp/B0F3JGRD9H?keywords=Car%20Crash&m=A122CXTM0WNBSP&psc=1, https://www.amazon.com/dp/B0F3JH8SGK?keywords=Car%20Crash&m=A122CXTM0WNBSP&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25

20



Doe #6

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

21



Doe #6
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

22



Doe #6
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

23



Doe #6

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

24

## Setxxop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 7

Store Name: Setxxop

Merchant ID: A12E689K5VZA7E

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12E689K5VZA7E

Product ID: B0F8NXKQZJ, B0F8NXVQSD, B0F8P167NR, B0F8P226BK

Product URL: https://www.amazon.com/dp/B0F8NXKQZJ?keywords=Car%20Crash&m=A12E689K5VZA7E&psc=1,
https://www.amazon.com/dp/B0F8NXVQSD?keywords=Car%20Crash&m=A12E689K5VZA7E&psc=1,
https://www.amazon.com/dp/B0F8P167NR?keywords=Car%20Crash&m=A12E689K5VZA7E&psc=1,
https://www.amazon.com/dp/B0F8P226BK?keywords=Car%20Crash&m=A12E689K5VZA7E&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25, 2025-06-26

25



Doe #7
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

26



Doe #7
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

27



Doe #7

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

28



Doe #7

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

29

QUXIALI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 8

Store Name: QUXIALI

Merchant ID: A136AANWF94XVC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A136AANWF94XVC

Product ID: B0F3BPWML6

Product URL: https://www.amazon.com/dp/B0F3BPWML6?keywords=Car%20Crash&m=A136AANWF94XVC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

30



Doe #8
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

31

## wangadexiaodian

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 9

Store Name: wangadexiaodian

Merchant ID: A149A0RIU7CQ0G

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A149A0RIU7CQ0G

Product ID: B0F9F9RMDZ

Product URL: https://www.amazon.com/dp/B0F9F9RMDZ?keywords=Car%20Crash&m=A149A0RIU7CQ0G&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #9
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

33

Home Electronics Cheap Clearance Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 10

Store Name: Home Electronics Cheap Clearance Store

Merchant ID: A14BW3URLZQRFV

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14BW3URLZQRFV

Product ID: B0F9WPNH78, B0F9WQ38WD, B0F9WQBWMN

Product URL: https://www.amazon.com/dp/B0F9WPNH78?keywords=Car%20Crash&m=A14BW3URLZQRFV&psc=1, https://www.amazon.com/dp/B0F9WQ38WD?keywords=Car%20Crash&m=A14BW3URLZQRFV&psc=1, https://www.amazon.com/dp/B0F9WQBWMN?keywords=Car%20Crash&m=A14BW3URLZQRFV&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30

34



Doe #10
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

35



Doe #10
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

36



Doe #10

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

37

JHCBS

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 11

Store Name: JHCBS

Merchant ID: A14EAGF7MQ4TJW

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14EAGF7MQ4TJW

Product ID: B0F8H6XRZY, B0F8HB1G1R, B0F8HFFLLB, B0F8HRLCMP

Product URL: https://www.amazon.com/dp/B0F8H6XRZY?keywords=Car%20Crash&m=A14EAGF7MQ4TJW&psc=1, https://www.amazon.com/dp/B0F8HB1G1R?keywords=Car%20Crash&m=A14EAGF7MQ4TJW&psc=1, https://www.amazon.com/dp/B0F8HFFLLB?keywords=Car%20Crash&m=A14EAGF7MQ4TJW&psc=1, https://www.amazon.com/dp/B0F8HRLCMP?keywords=Car%20Crash&m=A14EAGF7MQ4TJW&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25, 2025-06-26



Doe #11
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

39



Doe #11
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

40



Doe #11
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

41



Doe #11
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

42

getuse-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 12

Store Name: getuse-US

Merchant ID: A159UWR73FUUAE

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A159UWR73FUUAE

Product ID: B0FF4K6TT1

Product URL: https://www.amazon.com/dp/B0FF4K6TT1?keywords=Car%20Crash&m=A159UWR73FUUAE&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

43



Doe #12
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

44

Amyhill

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 13

Store Name: Amyhill

Merchant ID: A15EEWJNURANKJ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15EEWJNURANKJ

Product ID: B0FCFB3HGM, B0FCFD2GFR, B0FCFFFG9Y, B0FCFFGLMT

Product URL: https://www.amazon.com/dp/B0FCFB3HGM?keywords=Car%20Crash&m=A15EEWJNURANKJ&psc=1, https://www.amazon.com/dp/B0FCFD2GFR?keywords=Car%20Crash&m=A15EEWJNURANKJ&psc=1, https://www.amazon.com/dp/B0FCFFFG9Y?keywords=Car%20Crash&m=A15EEWJNURANKJ&psc=1, https://www.amazon.com/dp/B0FCFFGLMT?keywords=Car%20Crash&m=A15EEWJNURANKJ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07, 2025-07-21

45



Doe #13
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

46



Doe #13
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #13
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

48



Doe #13
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

49

YONGZHENMA

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 14

Store Name: YONGZHENMA

Merchant ID: A15HNKI8PPUF1B

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15HNKI8PPUF1B

Product ID: B0FF98KXFQ, B0FF99KRGT

Product URL: https://www.amazon.com/dp/B0FF98KXFQ?keywords=Car%20Crash&m=A15HNKI8PPUF1B&psc=1, https://www.amazon.com/dp/B0FF99KRGT?keywords=Car%20Crash&m=A15HNKI8PPUF1B&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #14
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

51



Doe #14
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

52

## Gleamwing

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 15

Store Name: Gleamwing

Merchant ID: A16RUV8RKTFQPT

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16RUV8RKTFQPT

Product ID: B0F9TPTJ12

Product URL: https://www.amazon.com/dp/B0F9TPTJ12?keywords=Car%20Crash&m=A16RUV8RKTFQPT&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #15
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

54

HDimmortal

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 16

Store Name: HDimmortal

Merchant ID: A16UROX8EA0KH2

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16UROX8EA0KH2

Product ID: B0F99FQCH2, B0F99H5B1T, B0F99JM3LG

Product URL: https://www.amazon.com/dp/B0F99FQCH2?keywords=Car%20Crash&m=A16UROX8EA0KH2&psc=1, https://www.amazon.com/dp/B0F99H5B1T?keywords=Car%20Crash&m=A16UROX8EA0KH2&psc=1, https://www.amazon.com/dp/B0F99JM3LG?keywords=Car%20Crash&m=A16UROX8EA0KH2&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25, 2025-06-26



Doe #16
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

56



Doe #16
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

57



Doe #16
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

58

Feida666

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 17

Store Name: Feida666

Merchant ID: A17BVEP6Q0IME9

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17BVEP6Q0IME9

Product ID: B0F9YKZNXG, B0F9YL5W1Y, B0F9YM47LP

Product URL: https://www.amazon.com/dp/B0F9YKZNXG?keywords=Car%20Crash&m=A17BVEP6Q0IME9&psc=1, https://www.amazon.com/dp/B0F9YL5W1Y?keywords=Car%20Crash&m=A17BVEP6Q0IME9&psc=1, https://www.amazon.com/dp/B0F9YM47LP?keywords=Car%20Crash&m=A17BVEP6Q0IME9&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30



Doe #17
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

60



Doe #17

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

61

Doe #17
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

62

huifeidezhu

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 18

Store Name: huifeidezhu

Merchant ID: A17I0HQTQYAXIS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17I0HQTQYAXIS

Product ID: B0F43FZSYW, B0F43J6X54

Product URL: https://www.amazon.com/dp/B0F43FZSYW?keywords=Car%20Crash&m=A17I0HQTQYAXIS&psc=1, https://www.amazon.com/dp/B0F43J6X54?keywords=Car%20Crash&m=A17I0HQTQYAXIS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25, 2025-06-26



Doe #18

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

64



Doe #18
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

65

## SanShiJianCai

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 19

Store Name: SanShiJianCai

Merchant ID: A17WTMQW20KF8H

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17WTMQW20KF8H

Product ID: B0F9Y3JX9K, B0F9Y4Z6R5, B0F9Y56JBR, B0F9Y7GYNX

Product URL: https://www.amazon.com/dp/B0F9Y3JX9K?keywords=Car%20Crash&m=A17WTMQW20KF8H&psc=1,
https://www.amazon.com/dp/B0F9Y4Z6R5?keywords=Car%20Crash&m=A17WTMQW20KF8H&psc=1,
https://www.amazon.com/dp/B0F9Y56JBR?keywords=Car%20Crash&m=A17WTMQW20KF8H&psc=1,
https://www.amazon.com/dp/B0F9Y7GYNX?keywords=Car%20Crash&m=A17WTMQW20KF8H&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

66



Doe #19
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

67



Doe #19
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

68



Doe #19
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

69



Doe #19
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

70

## YANGd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 20

Store Name: YANGd

Merchant ID: A17XWB7W9JEBYZ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17XWB7W9JEBYZ

Product ID: B0F3XG8XY8, B0F3XJKR2L

Product URL: https://www.amazon.com/dp/B0F3XG8XY8?keywords=Car%20Crash&m=A17XWB7W9JEBYZ&psc=1,
https://www.amazon.com/dp/B0F3XJKR2L?keywords=Car%20Crash&m=A17XWB7W9JEBYZ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #20
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

72



Doe #20
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

JiDuoZw

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 21

Store Name: JiDuoZw

Merchant ID: A19FB5WKH1Z8VD

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19FB5WKH1Z8VD

Product ID: B0F8C5D33J, B0F9PNDNSD

Product URL: https://www.amazon.com/dp/B0F8C5D33J?keywords=Car%20Crash&m=A19FB5WKH1Z8VD&psc=1, https://www.amazon.com/dp/B0F9PNDNSD?keywords=Car%20Crash&m=A19FB5WKH1Z8VD&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-30

74



Doe #21

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

75



Doe #21

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

76

合肥经济技术开发区丽晓百货店

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 22

Store Name: 合肥经济技术开发区丽晓百货店

Merchant ID: A1A63JVZUOXQ2Q

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1A63JVZUOXQ2Q

Product ID: B0F43P6KTG

Product URL: https://www.amazon.com/dp/B0F43P6KTG?keywords=Car%20Crash&m=A1A63JVZUOXQ2Q&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

77



Doe #22
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

78

## SkiPdrDa

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 23

Store Name: SkiPdrDa

Merchant ID: A1A7HR4MA3UABS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1A7HR4MA3UABS

Product ID: B0F3J8SMZZ, B0F3JB8VJM, B0F3JC8WZT, B0F3JD23KB

Product URL: https://www.amazon.com/dp/B0F3J8SMZZ?keywords=Car%20Crash&m=A1A7HR4MA3UABS&psc=1,
https://www.amazon.com/dp/B0F3JB8VJM?keywords=Car%20Crash&m=A1A7HR4MA3UABS&psc=1,
https://www.amazon.com/dp/B0F3JC8WZT?keywords=Car%20Crash&m=A1A7HR4MA3UABS&psc=1,
https://www.amazon.com/dp/B0F3JD23KB?keywords=Car%20Crash&m=A1A7HR4MA3UABS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #23
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

80



Doe #23
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

81



Doe #23
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

82



Doe #23
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

83

Jing Ang

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 24

Store Name: Jing Ang

Merchant ID: A1A84J4FQDOMB4

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1A84J4FQDOMB4

Product ID: B0F9397H7J, B0F93B9H42, B0F93BYYTT

Product URL: https://www.amazon.com/dp/B0F9397H7J?keywords=Car%20Crash&m=A1A84J4FQDOMB4&psc=1, https://www.amazon.com/dp/B0F93B9H42?keywords=Car%20Crash&m=A1A84J4FQDOMB4&psc=1, https://www.amazon.com/dp/B0F93BYYTT?keywords=Car%20Crash&m=A1A84J4FQDOMB4&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30



Doe #24
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

85



Doe #24
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

86



Doe #24
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

87

## FANJUNYING

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 25

Store Name: FANJUNYING

Merchant ID: A1C02Y51CA0Y0O

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1C02Y51CA0Y0O

Product ID: B0F384LP2D, B0F8BJ9Y7X, B0F8BJJTSB

Product URL: https://www.amazon.com/dp/B0F384LP2D?keywords=Car%20Crash&m=A1C02Y51CA0Y0O&psc=1,
https://www.amazon.com/dp/B0F8BJ9Y7X?keywords=Car%20Crash&m=A1C02Y51CA0Y0O&psc=1,
https://www.amazon.com/dp/B0F8BJJTSB?keywords=Car%20Crash&m=A1C02Y51CA0Y0O&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25



Doe #25
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

89



Doe #25
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #25
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

91



Doe #25
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

92

Yeuiba

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 26

Store Name: Yeuiba

Merchant ID: A1CVZHISW5N6LU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CVZHISW5N6LU

Product ID: B0F8NNLS7H, B0F8NQ775D

Product URL: https://www.amazon.com/dp/B0F8NNLS7H?keywords=Car%20Crash&m=A1CVZHISW5N6LU&psc=1, https://www.amazon.com/dp/B0F8NQ775D?keywords=Car%20Crash&m=A1CVZHISW5N6LU&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1, CCS-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #26
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

94



Doe #26
Copyright(s) CCS-Video-1, CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

95



Doe #26

Copyright(s) CCS-Video-1, CCS-1: Listing Image

Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

96

JingJiKaiFaQuXinDaLu

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 27

Store Name: JingJiKaiFaQuXinDaLu

Merchant ID: A1D56AIP3Q3BI

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1D56AIP3Q3BI

Product ID: B0F9YTQHJW, B0F9YVTVVQ, B0F9YVVP9F, B0F9YXFP19

Product URL: https://www.amazon.com/dp/B0F9YTQHJW?keywords=Car%20Crash&m=A1D56AIP3Q3BI&psc=1,
https://www.amazon.com/dp/B0F9YVTVVQ?keywords=Car%20Crash&m=A1D56AIP3Q3BI&psc=1,
https://www.amazon.com/dp/B0F9YVVP9F?keywords=Car%20Crash&m=A1D56AIP3Q3BI&psc=1,
https://www.amazon.com/dp/B0F9YXFP19?keywords=Car%20Crash&m=A1D56AIP3Q3BI&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

97



Doe #27
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

98



Doe #27

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

99



Doe #27

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

100



Doe #27
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

101

华易达百货店

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 28

Store Name: 华易达百货店

Merchant ID: A1FXBCU44G0JYG

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FXBCU44G0JYG

Product ID: B0FCFL7XGS, B0FCFQ2SVS, B0FCFQWX4F

Product URL: https://www.amazon.com/dp/B0FCFL7XGS?keywords=Car%20Crash&m=A1FXBCU44G0JYG&psc=1, https://www.amazon.com/dp/B0FCFQ2SVS?keywords=Car%20Crash&m=A1FXBCU44G0JYG&psc=1, https://www.amazon.com/dp/B0FCFQWX4F?keywords=Car%20Crash&m=A1FXBCU44G0JYG&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #28

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

103



Doe #28

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

104



Doe #28

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

105

CQShangmou

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 29

Store Name: CQShangmou

Merchant ID: A1G14GV4SU7XXS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G14GV4SU7XXS

Product ID: B0F4N2TTFR

Product URL: https://www.amazon.com/dp/B0F4N2TTFR?keywords=Car%20Crash&m=A1G14GV4SU7XXS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #29
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

107

## Gomabo

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 30

Store Name: Gomabo

Merchant ID: A1GQ3OL3IQUY5U

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GQ3OL3IQUY5U

Product ID: B0F37W1D47, B0F37W5N82, B0F37WJY9Z, B0F37X95ZK, B0F37XCN1Y, B0F37YWL2W, B0F37YYPHJ, B0F37Z3VGS, B0F37ZK4R7

Product URL: https://www.amazon.com/dp/B0F37W1D47?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37W5N82?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37WJY9Z?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37X95ZK?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37XCN1Y?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37YWL2W?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37YYPHJ?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37Z3VGS?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1,
https://www.amazon.com/dp/B0F37ZK4R7?keywords=Car%20Crash&m=A1GQ3OL3IQUY5U&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25

108



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

109



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

110



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

111



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

112



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

113



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

114



Doe #30

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

115



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

116



Doe #30
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

117

sclionge

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 31

Store Name: sclionge

Merchant ID: A1HNVZDC4KIP9W

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HNVZDC4KIP9W

Product ID: B0F3X5D813, B0F3X844MD, B0F3XBFJCS

Product URL: https://www.amazon.com/dp/B0F3X5D813?keywords=Car%20Crash&m=A1HNVZDC4KIP9W&psc=1, https://www.amazon.com/dp/B0F3X844MD?keywords=Car%20Crash&m=A1HNVZDC4KIP9W&psc=1, https://www.amazon.com/dp/B0F3XBFJCS?keywords=Car%20Crash&m=A1HNVZDC4KIP9W&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #31
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

119



Doe #31
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

120



Doe #31
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

121

## Bluecozy

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 32

Store Name: Bluecozy

Merchant ID: A1JBN5L7XDZNZ5

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JBN5L7XDZNZ5

Product ID: B0F43LYDDP

Product URL: https://www.amazon.com/dp/B0F43LYDDP?keywords=Car%20Crash&m=A1JBN5L7XDZNZ5&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25



Doe #32
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

123

leJeem

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 33

Store Name: leJeem

Merchant ID: A1JYG2P4CXB80V

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JYG2P4CXB80V

Product ID: B0F8H6LZ92, B0F8HZ5XLR

Product URL: https://www.amazon.com/dp/B0F8H6LZ92?keywords=Car%20Crash&m=A1JYG2P4CXB80V&psc=1, https://www.amazon.com/dp/B0F8HZ5XLR?keywords=Car%20Crash&m=A1JYG2P4CXB80V&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #33
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

125



Doe #33
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

126

## Hanshangwo

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 34

Store Name: Hanshangwo

Merchant ID: A1JYKZK5724BZO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JYKZK5724BZO

Product ID: B0F386Z2PG

Product URL: https://www.amazon.com/dp/B0F386Z2PG?keywords=Car%20Crash&m=A1JYKZK5724BZO&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22



Doe #34

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

128

Jakexun

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 35

Store Name: Jakexun

Merchant ID: A1LNI36F6NP0C5

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LNI36F6NP0C5

Product ID: B0FDX27DCV

Product URL: https://www.amazon.com/dp/B0FDX27DCV?keywords=Car%20Crash&m=A1LNI36F6NP0C5&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #35
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

130

## CrimsonCraftworks

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 36

Store Name: CrimsonCraftworks

Merchant ID: A1NHS09S2IMOU3

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1NHS09S2IMOU3

Product ID: B0FGDPJB6X, B0FGDS467H

Product URL: https://www.amazon.com/dp/B0FGDPJB6X?keywords=Car%20Crash&m=A1NHS09S2IMOU3&psc=1, https://www.amazon.com/dp/B0FGDS467H?keywords=Car%20Crash&m=A1NHS09S2IMOU3&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #36
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

132



Doe #36
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

133

lujiahao

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 37

Store Name: lujiahao

Merchant ID: A1O8BH1KDYP54Z

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1O8BH1KDYP54Z

Product ID: B0F3CBCDLQ, B0F3CG3HPT

Product URL: https://www.amazon.com/dp/B0F3CBCDLQ?keywords=Car%20Crash&m=A1O8BH1KDYP54Z&psc=1, https://www.amazon.com/dp/B0F3CG3HPT?keywords=Car%20Crash&m=A1O8BH1KDYP54Z&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #37
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

135



Doe #37
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

136

AngelaLiu

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 38

Store Name: AngelaLiu

Merchant ID: A1OQMOMKWOBUGA

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OQMOMKWOBUGA

Product ID: B0F3Q7GQZN

Product URL: https://www.amazon.com/dp/B0F3Q7GQZN?keywords=Car%20Crash&m=A1OQMOMKWOBUGA&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #38
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

138

Bxzna

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 39

Store Name: Bxzna

Merchant ID: A1PI6PDQIYLBW9

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PI6PDQIYLBW9

Product ID: B0F3NMB7X4, B0F3NMMD2W, B0F3NNSHGD

Product URL: https://www.amazon.com/dp/B0F3NMB7X4?keywords=Car%20Crash&m=A1PI6PDQIYLBW9&psc=1, https://www.amazon.com/dp/B0F3NMMD2W?keywords=Car%20Crash&m=A1PI6PDQIYLBW9&psc=1, https://www.amazon.com/dp/B0F3NNSHGD?keywords=Car%20Crash&m=A1PI6PDQIYLBW9&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #39
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

140



Doe #39
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

141



Doe #39

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

142

xldzi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 40

Store Name: xldzi

Merchant ID: A1QM0A6LTVO87K

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QM0A6LTVO87K

Product ID: B0F3THW5Y1, B0F3TP5QSP, B0F3TSS8JQ

Product URL: https://www.amazon.com/dp/B0F3THW5Y1?keywords=Car%20Crash&m=A1QM0A6LTVO87K&psc=1, https://www.amazon.com/dp/B0F3TP5QSP?keywords=Car%20Crash&m=A1QM0A6LTVO87K&psc=1, https://www.amazon.com/dp/B0F3TSS8JQ?keywords=Car%20Crash&m=A1QM0A6LTVO87K&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25

143



Doe #40
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

144



Doe #40
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

145



Doe #40
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

146

yunchengshiyanhuqutonghuidianzishangwuyouxiangongsi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 41

Store Name: yunchengshiyanhuqutonghuidianzishangwuyouxiangongsi

Merchant ID: A1QMQZ0ZAM4WUO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QMQZ0ZAM4WUO

Product ID: B0F6SY8YLP, B0F6T456K6, B0F6T98Z5P

Product URL: https://www.amazon.com/dp/B0F6SY8YLP?keywords=Car%20Crash&m=A1QMQZ0ZAM4WUO&psc=1, https://www.amazon.com/dp/B0F6T456K6?keywords=Car%20Crash&m=A1QMQZ0ZAM4WUO&psc=1, https://www.amazon.com/dp/B0F6T98Z5P?keywords=Car%20Crash&m=A1QMQZ0ZAM4WUO&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25

147



Doe #41
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

148



Doe #41
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

149



Doe #41
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

150

ERZJUT

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 42

Store Name: ERZJUT

Merchant ID: A1S45260HP0IC6

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1S45260HP0IC6

Product ID: B0FF8S3CN9, B0FF8XF1MP

Product URL: https://www.amazon.com/dp/B0FF8S3CN9?keywords=Car%20Crash&m=A1S45260HP0IC6&psc=1, https://www.amazon.com/dp/B0FF8XF1MP?keywords=Car%20Crash&m=A1S45260HP0IC6&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #42
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

152



Doe #42

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

153

## HEFEIWENYEMAOYIYOUXIANGONGSI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 43

Store Name: HEFEIWENYEMAOYIYOUXIANGONGSI

Merchant ID: A1SU9N56IG7Q7Y

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SU9N56IG7Q7Y

Product ID: B0F8S273YF, B0F8S8YJ45, B0F8SHJ87D

Product URL: https://www.amazon.com/dp/B0F8S273YF?keywords=Car%20Crash&m=A1SU9N56IG7Q7Y&psc=1, https://www.amazon.com/dp/B0F8S8YJ45?keywords=Car%20Crash&m=A1SU9N56IG7Q7Y&psc=1, https://www.amazon.com/dp/B0F8SHJ87D?keywords=Car%20Crash&m=A1SU9N56IG7Q7Y&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #43
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

155



Doe #43

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

156



Doe #43
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

157

## tweakDAY Warehouse Clearance

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 44

Store Name: tweakDAY Warehouse Clearance

Merchant ID: A1T65M3OUBYMG3

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T65M3OUBYMG3

Product ID: B0F3X72JM2, B0F3X72QRJ

Product URL: https://www.amazon.com/dp/B0F3X72JM2?keywords=Car%20Crash&m=A1T65M3OUBYMG3&psc=1, https://www.amazon.com/dp/B0F3X72QRJ?keywords=Car%20Crash&m=A1T65M3OUBYMG3&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25

158



Doe #44
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

159



Doe #44

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

160

Xuemei2112

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 45

Store Name: Xuemei2112

Merchant ID: A1TBJXXXTV32VR

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TBJXXXTV32VR

Product ID: B0F5VN54L9, B0F5WCKQ7L

Product URL: https://www.amazon.com/dp/B0F5VN54L9?keywords=Car%20Crash&m=A1TBJXXXTV32VR&psc=1, https://www.amazon.com/dp/B0F5WCKQ7L?keywords=Car%20Crash&m=A1TBJXXXTV32VR&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

161



Doe #45
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

162



Doe #45

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

163

## xinghongda-USA

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 46

Store Name: xinghongda-USA

Merchant ID: A1U0WZWVISRI6G

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1U0WZWVISRI6G

Product ID: B0F83WZ5QV, B0FBDRYTW7

Product URL: https://www.amazon.com/dp/B0F83WZ5QV?keywords=Car%20Crash&m=A1U0WZWVISRI6G&psc=1, https://www.amazon.com/dp/B0FBDRYTW7?keywords=Car%20Crash&m=A1U0WZWVISRI6G&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30



Doe #46
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

165



Doe #46
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

166

MEJO

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 47

Store Name: MEJO

Merchant ID: A1U4GZCBNY89IP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1U4GZCBNY89IP

Product ID: B0F3CNVW2J, B0F3CQQJ9B

Product URL: https://www.amazon.com/dp/B0F3CNVW2J?keywords=Car%20Crash&m=A1U4GZCBNY89IP&psc=1, https://www.amazon.com/dp/B0F3CQQJ9B?keywords=Car%20Crash&m=A1U4GZCBNY89IP&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25

167



Doe #47
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

168



Doe #47
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

169

## HFCS LTD

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 48

Store Name: HFCS LTD

Merchant ID: A1XDOHMP92RSFB

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XDOHMP92RSFB

Product ID: B0F3822RRN, B0F38545YS

Product URL: https://www.amazon.com/dp/B0F3822RRN?keywords=Car%20Crash&m=A1XDOHMP92RSFB&psc=1, https://www.amazon.com/dp/B0F38545YS?keywords=Car%20Crash&m=A1XDOHMP92RSFB&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #48
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

171



Doe #48
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

AMKDGMSG

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 49

Store Name: AMKDGMSG

Merchant ID: A1YEGB66N2TRLE

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YEGB66N2TRLE

Product ID: B0F3F31SZB

Product URL: https://www.amazon.com/dp/B0F3F31SZB?keywords=Car%20Crash&m=A1YEGB66N2TRLE&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #49
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

174

Zaowuxs-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 50

Store Name: Zaowuxs-US

Merchant ID: A1YLMEJ4BG8SAL

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YLMEJ4BG8SAL

Product ID: B0F8VN22K3, B0F8VQTY43, B0F8VSY8L7

Product URL: https://www.amazon.com/dp/B0F8VN22K3?keywords=Car%20Crash&m=A1YLMEJ4BG8SAL&psc=1, https://www.amazon.com/dp/B0F8VQTY43?keywords=Car%20Crash&m=A1YLMEJ4BG8SAL&psc=1, https://www.amazon.com/dp/B0F8VSY8L7?keywords=Car%20Crash&m=A1YLMEJ4BG8SAL&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

175



Doe #50

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422



Doe #50

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

177



Doe #50

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

178

TWT RABBIT

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 51

Store Name: TWT RABBIT

Merchant ID: A1ZGRM29899QPL

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ZGRM29899QPL

Product ID: B0F3P5SX8L

Product URL: https://www.amazon.com/dp/B0F3P5SX8L?keywords=Car%20Crash&m=A1ZGRM29899QPL&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #51
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

180

MakingBank

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 52

Store Name: MakingBank

Merchant ID: A1ZNAP0BPS7879

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ZNAP0BPS7879

Product ID: B0F8HVW1D6, B0F8HWPPFW

Product URL: https://www.amazon.com/dp/B0F8HVW1D6?keywords=Car%20Crash&m=A1ZNAP0BPS7879&psc=1, https://www.amazon.com/dp/B0F8HWPPFW?keywords=Car%20Crash&m=A1ZNAP0BPS7879&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30



Doe #52
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

182



Doe #52
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

183

Mengmao66

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 53

Store Name: Mengmao66

Merchant ID: A20KPIMGD8VUM4

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A20KPIMGD8VUM4

Product ID: B0F37WKZHS, B0F37YF47X

Product URL: https://www.amazon.com/dp/B0F37WKZHS?keywords=Car%20Crash&m=A20KPIMGD8VUM4&psc=1, https://www.amazon.com/dp/B0F37YF47X?keywords=Car%20Crash&m=A20KPIMGD8VUM4&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1, CCS-1, CCS-2, CCS-3

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #53
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

185



Doe #53
Copyright(s) CCS-1, CCS-2, CCS-3: Listing Image
Copyright Registration Numbers: VA 2-449-622

186

## Liu Zhipeng

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 54

Store Name: Liu Zhipeng

Merchant ID: A22EE16L2VMBNE

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22EE16L2VMBNE

Product ID: B0F3CPL2B7, B0F3CSBXRM

Product URL: https://www.amazon.com/dp/B0F3CPL2B7?keywords=Car%20Crash&m=A22EE16L2VMBNE&psc=1, https://www.amazon.com/dp/B0F3CSBXRM?keywords=Car%20Crash&m=A22EE16L2VMBNE&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1, CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-06-22, 2025-06-25



Doe #54
Copyright(s) CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622

188



Doe #54

Copyright(s) CCS-Video-1, CCS-1: Listing Image

Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

189



Doe #54
Copyright(s) CCS-Video-1, CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

190

YAMOshi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 55

Store Name: YAMOshi

Merchant ID: A22NT16S2XZX

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22NT16S2XZX

Product ID: B0F3NB18K5, B0F3NDQYV5

Product URL: https://www.amazon.com/dp/B0F3NB18K5?keywords=Car%20Crash&m=A22NT16S2XZX&psc=1, https://www.amazon.com/dp/B0F3NDQYV5?keywords=Car%20Crash&m=A22NT16S2XZX&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25



Doe #55
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

192



Doe #55

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

193

ZHAOXIANPANG

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 56

Store Name: ZHAOXIANPANG

Merchant ID: A22R1PTNE1Y795

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22R1PTNE1Y795

Product ID: B0F387KXVM

Product URL: https://www.amazon.com/dp/B0F387KXVM?keywords=Car%20Crash&m=A22R1PTNE1Y795&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-25



Doe #56
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

195



Doe #56
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

196

MALXUN

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 57

Store Name: MALXUN

Merchant ID: A2668JQ5A3WPAD

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2668JQ5A3WPAD

Product ID: B0F7L8LV4B, B0F7LBMP57

Product URL: https://www.amazon.com/dp/B0F7L8LV4B?keywords=Car%20Crash&m=A2668JQ5A3WPAD&psc=1,
https://www.amazon.com/dp/B0F7LBMP57?keywords=Car%20Crash&m=A2668JQ5A3WPAD&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-25



Doe #57

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

198



Doe #57

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

199

XinliangMY

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 58

Store Name: XinliangMY

Merchant ID: A26UPBKPJRBEIC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26UPBKPJRBEIC

Product ID: B0F6MZ5VX8, B0F6N3KC8K

Product URL: https://www.amazon.com/dp/B0F6MZ5VX8?keywords=Car%20Crash&m=A26UPBKPJRBEIC&psc=1, https://www.amazon.com/dp/B0F6N3KC8K?keywords=Car%20Crash&m=A26UPBKPJRBEIC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-25



Doe #58
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

201



Doe #58

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

202

shimujie

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 59

Store Name: shimujie

Merchant ID: A286B7ULO5DXVV

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A286B7ULO5DXVV

Product ID: B0F3CV1R18, B0F3CZ2NMB

Product URL: https://www.amazon.com/dp/B0F3CV1R18?keywords=Car%20Crash&m=A286B7ULO5DXVV&psc=1, https://www.amazon.com/dp/B0F3CZ2NMB?keywords=Car%20Crash&m=A286B7ULO5DXVV&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-25



Doe #59
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

204



Doe #59
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

205

## NONGDASHI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 60

Store Name: NONGDASHI

Merchant ID: A28BNDM9W79K6D

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28BNDM9W79K6D

Product ID: B0FB9GT8NS, B0FB9HJW7Z

Product URL: https://www.amazon.com/dp/B0FB9GT8NS?keywords=Car%20Crash&m=A28BNDM9W79K6D&psc=1, https://www.amazon.com/dp/B0FB9HJW7Z?keywords=Car%20Crash&m=A28BNDM9W79K6D&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #60
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

207



Doe #60
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

208

shanxiyouyijing

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 61

Store Name: shanxiyouyijing

Merchant ID: A291T3ZHB4I0PQ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A291T3ZHB4I0PQ

Product ID: B0F3CFG7VF

Product URL: https://www.amazon.com/dp/B0F3CFG7VF?keywords=Car%20Crash&m=A291T3ZHB4I0PQ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #61
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

210

lroucznr

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 62

Store Name: lroucznr

Merchant ID: A2A68CUOBIIPDQ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2A68CUOBIIPDQ

Product ID: B0F3J5DSTT, B0F3TDR4QP, B0F3TSKL3R

Product URL: https://www.amazon.com/dp/B0F3J5DSTT?keywords=Car%20Crash&m=A2A68CUOBIIPDQ&psc=1, https://www.amazon.com/dp/B0F3TDR4QP?keywords=Car%20Crash&m=A2A68CUOBIIPDQ&psc=1, https://www.amazon.com/dp/B0F3TSKL3R?keywords=Car%20Crash&m=A2A68CUOBIIPDQ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-25

211



Doe #62
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

212



Doe #62
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

213



Doe #62
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

214

## YUEHEMUYING

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 63

Store Name: YUEHEMUYING

Merchant ID: A2A719JNXO70IQ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2A719JNXO70IQ

Product ID: B0F3WVDDZX, B0F3WWXGNL, B0F3WZ1BYK

Product URL: https://www.amazon.com/dp/B0F3WVDDZX?keywords=Car%20Crash&m=A2A719JNXO70IQ&psc=1, https://www.amazon.com/dp/B0F3WWXGNL?keywords=Car%20Crash&m=A2A719JNXO70IQ&psc=1, https://www.amazon.com/dp/B0F3WZ1BYK?keywords=Car%20Crash&m=A2A719JNXO70IQ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

215



Doe #63

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

216



Doe #63
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

217



Doe #63
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

218

E-Xine

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 64

Store Name: E-Xine

Merchant ID: A2BCOT7PBMD3JG

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BCOT7PBMD3JG

Product ID: B0F89D1GN6, B0F89DRCSS

Product URL: https://www.amazon.com/dp/B0F89D1GN6?keywords=Car%20Crash&m=A2BCOT7PBMD3JG&psc=1, https://www.amazon.com/dp/B0F89DRCSS?keywords=Car%20Crash&m=A2BCOT7PBMD3JG&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-25



Doe #64
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

220



Doe #64
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

221



Doe #64
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

222

UU.

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 65

Store Name: UU.

Merchant ID: A2E3DVNF05WIVN

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E3DVNF05WIVN

Product ID: B0F8752M2Z

Product URL: https://www.amazon.com/dp/B0F8752M2Z?keywords=Car%20Crash&m=A2E3DVNF05WIVN&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #65
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

224

## Kleixyq

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 66

Store Name: Kleixyq

Merchant ID: A2EGPN7WFVEIP4

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2EGPN7WFVEIP4

Product ID: B0F613S1YG, B0F616RVPJ, B0F99J895K

Product URL: https://www.amazon.com/dp/B0F613S1YG?keywords=Car%20Crash&m=A2EGPN7WFVEIP4&psc=1,
https://www.amazon.com/dp/B0F616RVPJ?keywords=Car%20Crash&m=A2EGPN7WFVEIP4&psc=1,
https://www.amazon.com/dp/B0F99J895K?keywords=Car%20Crash&m=A2EGPN7WFVEIP4&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-25



Doe #66
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

226



Doe #66

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

227



Doe #66
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

zhenyustore

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 67

Store Name: zhenyustore

Merchant ID: A2FN9FUDGQMT6L

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FN9FUDGQMT6L

Product ID: B0F6N54MRX, B0F6N5MBZV, B0F6N711C1

Product URL: https://www.amazon.com/dp/B0F6N54MRX?keywords=Car%20Crash&m=A2FN9FUDGQMT6L&psc=1, https://www.amazon.com/dp/B0F6N5MBZV?keywords=Car%20Crash&m=A2FN9FUDGQMT6L&psc=1, https://www.amazon.com/dp/B0F6N711C1?keywords=Car%20Crash&m=A2FN9FUDGQMT6L&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

229



Doe #67

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

230



Doe #67
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

231



Doe #67
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

232

Falgfwr

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 68

Store Name: Falgfwr

Merchant ID: A2GDISS0BWXQEQ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GDISS0BWXQEQ

Product ID: B0F6BZMX79

Product URL: https://www.amazon.com/dp/B0F6BZMX79?keywords=Car%20Crash&m=A2GDISS0BWXQEQ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23



Doe #68

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

234

Qhhui

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 69

Store Name: Qhhui

Merchant ID: A2HANHRQB7QVY5

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HANHRQB7QVY5

Product ID: B0F8H6MBVK, B0F8H79VTC

Product URL: https://www.amazon.com/dp/B0F8H6MBVK?keywords=Car%20Crash&m=A2HANHRQB7QVY5&psc=1, https://www.amazon.com/dp/B0F8H79VTC?keywords=Car%20Crash&m=A2HANHRQB7QVY5&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-25



Doe #69
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

236



Doe #69

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

237

## High quality (7-14 days fast delivery☆☆☆☆☆)

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 70

Store Name: High quality (7-14 days fast delivery☆☆☆☆☆)

Merchant ID: A2IJQGKJWL58CP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IJQGKJWL58CP

Product ID: B0FF3TRD8C, B0FF3WZ6B2, B0FF3X9TW2

Product URL: https://www.amazon.com/dp/B0FF3TRD8C?keywords=Car%20Crash&m=A2IJQGKJWL58CP&psc=1,
https://www.amazon.com/dp/B0FF3WZ6B2?keywords=Car%20Crash&m=A2IJQGKJWL58CP&psc=1,
https://www.amazon.com/dp/B0FF3X9TW2?keywords=Car%20Crash&m=A2IJQGKJWL58CP&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #70

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

239



Doe #70
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

240



Doe #70
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

241

deberían

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 71

Store Name: deberían

Merchant ID: A2IV9L66JE5EUN

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IV9L66JE5EUN

Product ID: B0F3CJV8ZV, B0F8HDDD5B, B0F8HHP6TW

Product URL: https://www.amazon.com/dp/B0F3CJV8ZV?keywords=Car%20Crash&m=A2IV9L66JE5EUN&psc=1, https://www.amazon.com/dp/B0F8HDDD5B?keywords=Car%20Crash&m=A2IV9L66JE5EUN&psc=1, https://www.amazon.com/dp/B0F8HHP6TW?keywords=Car%20Crash&m=A2IV9L66JE5EUN&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #71
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

243



Doe #71
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

244



Doe #71
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

245

xinzhoushixinfuqushengtaigongchengyouxiangongsi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 72

Store Name: xinzhoushixinfuqushengtaigongchengyouxiangongsi

Merchant ID: A2J064XTOWMIDG

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J064XTOWMIDG

Product ID: B0FBKCDW62, B0FBKDYT7B

Product URL: https://www.amazon.com/dp/B0FBKCDW62?keywords=Car%20Crash&m=A2J064XTOWMIDG&psc=1, https://www.amazon.com/dp/B0FBKDYT7B?keywords=Car%20Crash&m=A2J064XTOWMIDG&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #72
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

247



Doe #72

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

248

zhengjingrenmaoyi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 73

Store Name: zhengjingrenmaoyi

Merchant ID: A2JH83L5DUVU4N

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2JH83L5DUVU4N

Product ID: B0F9L4LQF4, B0F9L6CGJM

Product URL: https://www.amazon.com/dp/B0F9L4LQF4?keywords=Car%20Crash&m=A2JH83L5DUVU4N&psc=1, https://www.amazon.com/dp/B0F9L6CGJM?keywords=Car%20Crash&m=A2JH83L5DUVU4N&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #73

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

250



Doe #73
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

251

Kaiyoukeji

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 74

Store Name: Kaiyoukeji

Merchant ID: A2NEOO8NPHQS5D

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NEOO8NPHQS5D

Product ID: B0F3C9G2YK, B0F3CVNK2H

Product URL: https://www.amazon.com/dp/B0F3C9G2YK?keywords=Car%20Crash&m=A2NEOO8NPHQS5D&psc=1, https://www.amazon.com/dp/B0F3CVNK2H?keywords=Car%20Crash&m=A2NEOO8NPHQS5D&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #74

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

253



Doe #74
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

254

WYD-us

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 75

Store Name: WYD-us

Merchant ID: A2NLUOXZE2XWY

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NLUOXZE2XWY

Product ID: B0F93HDHZV, B0F93HMM4D

Product URL: https://www.amazon.com/dp/B0F93HDHZV?keywords=Car%20Crash&m=A2NLUOXZE2XWY&psc=1, https://www.amazon.com/dp/B0F93HMM4D?keywords=Car%20Crash&m=A2NLUOXZE2XWY&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #75

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

256



Doe #75
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

257

## HSJtwo

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 76

Store Name: HSJtwo

Merchant ID: A2PBA5F09MRPLF

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PBA5F09MRPLF

Product ID: B0F7RDSKX4, B0F7RGDWDY, B0F7RGFWSN, B0F7RH925Z, B0F7RHCZKH, B0F7RJT5VT

Product URL: https://www.amazon.com/dp/B0F7RDSKX4?keywords=Car%20Crash&m=A2PBA5F09MRPLF&psc=1,
https://www.amazon.com/dp/B0F7RGDWDY?keywords=Car%20Crash&m=A2PBA5F09MRPLF&psc=1,
https://www.amazon.com/dp/B0F7RGFWSN?keywords=Car%20Crash&m=A2PBA5F09MRPLF&psc=1,
https://www.amazon.com/dp/B0F7RH925Z?keywords=Car%20Crash&m=A2PBA5F09MRPLF&psc=1,
https://www.amazon.com/dp/B0F7RHCZKH?keywords=Car%20Crash&m=A2PBA5F09MRPLF&psc=1,
https://www.amazon.com/dp/B0F7RJT5VT?keywords=Car%20Crash&m=A2PBA5F09MRPLF&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #76
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

259



Doe #76
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

260



Doe #76
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

261



Doe #76
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

262



Doe #76
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #76
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

264

jinbudai　　　　　(7-14 days fast delivery)

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 77

Store Name: jinbudai　　　　(7-14 days fast delivery)

Merchant ID: A2PLT6QQ48TM30

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PLT6QQ48TM30

Product ID: B0F3882SP6, B0F388YTZW

Product URL: https://www.amazon.com/dp/B0F3882SP6?keywords=Car%20Crash&m=A2PLT6QQ48TM30&psc=1, https://www.amazon.com/dp/B0F388YTZW?keywords=Car%20Crash&m=A2PLT6QQ48TM30&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #77
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

266



Doe #77

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

267

Airyflex

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 78

Store Name: Airyflex

Merchant ID: A2R3BY3JFJP0GW

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R3BY3JFJP0GW

Product ID: B0FB3D4N96, B0FB3DNC23, B0FB3FNBL6

Product URL: https://www.amazon.com/dp/B0FB3D4N96?keywords=Car%20Crash&m=A2R3BY3JFJP0GW&psc=1,
https://www.amazon.com/dp/B0FB3DNC23?keywords=Car%20Crash&m=A2R3BY3JFJP0GW&psc=1,
https://www.amazon.com/dp/B0FB3FNBL6?keywords=Car%20Crash&m=A2R3BY3JFJP0GW&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30



Doe #78
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

269



Doe #78

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

270



Doe #78
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

271

yinqingbing

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 79

Store Name: yinqingbing

Merchant ID: A2SS06IMC1J21D

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SS06IMC1J21D

Product ID: B0F6NJQFQR, B0F6NQRV9H, B0F6NRFXLV

Product URL: https://www.amazon.com/dp/B0F6NJQFQR?keywords=Car%20Crash&m=A2SS06IMC1J21D&psc=1, https://www.amazon.com/dp/B0F6NQRV9H?keywords=Car%20Crash&m=A2SS06IMC1J21D&psc=1, https://www.amazon.com/dp/B0F6NRFXLV?keywords=Car%20Crash&m=A2SS06IMC1J21D&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26

272



Doe #79

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

273



Doe #79
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

274



Doe #79
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

275

lantieshangdian

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 80

Store Name: lantieshangdian

Merchant ID: A2UDLQWQRN9Z2D

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UDLQWQRN9Z2D

Product ID: B0F9PQ1PWL

Product URL: https://www.amazon.com/dp/B0F9PQ1PWL?keywords=Car%20Crash&m=A2UDLQWQRN9Z2D&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #80
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

277

WDSD-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 81

Store Name: WDSD-US

Merchant ID: A2UZ0NQERUNMGF

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UZ0NQERUNMGF

Product ID: B0FDQYLH1H

Product URL: https://www.amazon.com/dp/B0FDQYLH1H?keywords=Car%20Crash&m=A2UZ0NQERUNMGF&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #81
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

279

## ZhengZhouGouQinWangLuoKeJiYouXianGongSi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 82

Store Name: ZhengZhouGouQinWangLuoKeJiYouXianGongSi

Merchant ID: A2VTIE4T2463C9

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VTIE4T2463C9

Product ID: B0FD8NZ2KC, B0FD8PMZCY, B0FD8PS8XM, B0FD8Q8LSH, B0FD8QZ7WG, B0FD8RGPVM

Product URL: https://www.amazon.com/dp/B0FD8NZ2KC?keywords=Car%20Crash&m=A2VTIE4T2463C9&psc=1,
https://www.amazon.com/dp/B0FD8PMZCY?keywords=Car%20Crash&m=A2VTIE4T2463C9&psc=1,
https://www.amazon.com/dp/B0FD8PS8XM?keywords=Car%20Crash&m=A2VTIE4T2463C9&psc=1,
https://www.amazon.com/dp/B0FD8Q8LSH?keywords=Car%20Crash&m=A2VTIE4T2463C9&psc=1,
https://www.amazon.com/dp/B0FD8QZ7WG?keywords=Car%20Crash&m=A2VTIE4T2463C9&psc=1,
https://www.amazon.com/dp/B0FD8RGPVM?keywords=Car%20Crash&m=A2VTIE4T2463C9&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #82
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

281



Doe #82
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

282



Doe #82
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

283



Doe #82
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

284



Doe #82
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

285



Doe #82
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

286

yangming1

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 83

Store Name: yangming1

Merchant ID: A2VZ1EOM3OGR8B

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VZ1EOM3OGR8B

Product ID: B0F6BZZXM6, B0F6C4XG6M, B0F6C74FJD

Product URL: https://www.amazon.com/dp/B0F6BZZXM6?keywords=Car%20Crash&m=A2VZ1EOM3OGR8B&psc=1, https://www.amazon.com/dp/B0F6C4XG6M?keywords=Car%20Crash&m=A2VZ1EOM3OGR8B&psc=1, https://www.amazon.com/dp/B0F6C74FJD?keywords=Car%20Crash&m=A2VZ1EOM3OGR8B&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #83
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

288



Doe #83

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

289



Doe #83
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

290

DDYUI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 84

Store Name: DDYUI

Merchant ID: A2W8BA78RW9QX6

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W8BA78RW9QX6

Product ID: B0FC2MX3KV, B0FC2N1H1G, B0FC2Q1YV3, B0FC2Q7Q6F

Product URL: https://www.amazon.com/dp/B0FC2MX3KV?keywords=Car%20Crash&m=A2W8BA78RW9QX6&psc=1,
https://www.amazon.com/dp/B0FC2N1H1G?keywords=Car%20Crash&m=A2W8BA78RW9QX6&psc=1,
https://www.amazon.com/dp/B0FC2Q1YV3?keywords=Car%20Crash&m=A2W8BA78RW9QX6&psc=1,
https://www.amazon.com/dp/B0FC2Q7Q6F?keywords=Car%20Crash&m=A2W8BA78RW9QX6&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

291



Doe #84

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

292



Doe #84
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

293



Doe #84

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

294



Doe #84

Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

295

## qianzhaowen

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 85

Store Name: qianzhaowen

Merchant ID: A2Y50V75VREEZJ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Y50V75VREEZJ

Product ID: B0F3D697D6, B0F3D6BSHH

Product URL: https://www.amazon.com/dp/B0F3D697D6?keywords=Car%20Crash&m=A2Y50V75VREEZJ&psc=1, https://www.amazon.com/dp/B0F3D6BSHH?keywords=Car%20Crash&m=A2Y50V75VREEZJ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #85
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

297



Doe #85
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

298

heycd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 86

Store Name: heycd

Merchant ID: A2YZ0R39S66JZR

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YZ0R39S66JZR

Product ID: B0F47SFYFV, B0F5GGSY2C

Product URL: https://www.amazon.com/dp/B0F47SFYFV?keywords=Car%20Crash&m=A2YZ0R39S66JZR&psc=1, https://www.amazon.com/dp/B0F5GGSY2C?keywords=Car%20Crash&m=A2YZ0R39S66JZR&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #86

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

300



Doe #86
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

301

## SunDongXia

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 87

Store Name: SunDongXia

Merchant ID: A2Z8LO6EWK08YU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Z8LO6EWK08YU

Product ID: B0F3DH8QXP, B0F3DH9WH7

Product URL: https://www.amazon.com/dp/B0F3DH8QXP?keywords=Car%20Crash&m=A2Z8LO6EWK08YU&psc=1, https://www.amazon.com/dp/B0F3DH9WH7?keywords=Car%20Crash&m=A2Z8LO6EWK08YU&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

302



Doe #87

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

303



Doe #87
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

304

## BaiheStore

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 88

Store Name: BaiheStore

Merchant ID: A30MHEYLX159F

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30MHEYLX159F

Product ID: B0F3HGF4F3, B0F3JC4Q81

Product URL: https://www.amazon.com/dp/B0F3HGF4F3?keywords=Car%20Crash&m=A30MHEYLX159F&psc=1, https://www.amazon.com/dp/B0F3JC4Q81?keywords=Car%20Crash&m=A30MHEYLX159F&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1, CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #88
Copyright(s) CCS-Video-1, CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

306



Doe #88
Copyright(s) CCS-Video-1, CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

307



Doe #88
Copyright(s) CCS-Video-1, CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

308



Doe #88

Copyright(s) CCS-Video-1, CCS-1: Listing Image

Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

309

## Ruifuxiang

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 89

Store Name: Ruifuxiang

Merchant ID: A312ZXDJM6QY60

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A312ZXDJM6QY60

Product ID: B0F7HW2RRH, B0F7HX9SGW, B0F7HXN14G

Product URL: https://www.amazon.com/dp/B0F7HW2RRH?keywords=Car%20Crash&m=A312ZXDJM6QY60&psc=1, https://www.amazon.com/dp/B0F7HX9SGW?keywords=Car%20Crash&m=A312ZXDJM6QY60&psc=1, https://www.amazon.com/dp/B0F7HXN14G?keywords=Car%20Crash&m=A312ZXDJM6QY60&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #89
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

311



Doe #89
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

312



Doe #89
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

313

chenweiminKK

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 90

Store Name: chenweiminKK

Merchant ID: A31D3KRQ31JBM0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31D3KRQ31JBM0

Product ID: B0F99SJNFQ, B0F99VP83F, B0F99WN5SV

Product URL: https://www.amazon.com/dp/B0F99SJNFQ?keywords=Car%20Crash&m=A31D3KRQ31JBM0&psc=1, https://www.amazon.com/dp/B0F99VP83F?keywords=Car%20Crash&m=A31D3KRQ31JBM0&psc=1, https://www.amazon.com/dp/B0F99WN5SV?keywords=Car%20Crash&m=A31D3KRQ31JBM0&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

314



Doe #90
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

315



Doe #90
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

316



Doe #90
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

317

vfbdjvbfsfdtfeuy

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 91

Store Name: vfbdjvbfsfdtfeuy

Merchant ID: A31NNMZ58T92UR

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31NNMZ58T92UR

Product ID: B0F38BC7LW, B0F38BJ64Z, B0F38C8TMQ

Product URL: https://www.amazon.com/dp/B0F38BC7LW?keywords=Car%20Crash&m=A31NNMZ58T92UR&psc=1, https://www.amazon.com/dp/B0F38BJ64Z?keywords=Car%20Crash&m=A31NNMZ58T92UR&psc=1, https://www.amazon.com/dp/B0F38C8TMQ?keywords=Car%20Crash&m=A31NNMZ58T92UR&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1, CCS-2

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-06-23, 2025-06-26

318



Doe #91
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

319



Doe #91
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

320



Doe #91

Copyright(s) CCS-Video-1, CCS-2: Listing Image

Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

321



Doe #91

Copyright(s) CCS-Video-1, CCS-2: Listing Image

Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

322

Fuegxdxcs

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 92

Store Name: Fuegxdxcs

Merchant ID: A31RZB4M9QSQX6

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31RZB4M9QSQX6

Product ID: B0F47G9BP7, B0F482B6Y4

Product URL: https://www.amazon.com/dp/B0F47G9BP7?keywords=Car%20Crash&m=A31RZB4M9QSQX6&psc=1, https://www.amazon.com/dp/B0F482B6Y4?keywords=Car%20Crash&m=A31RZB4M9QSQX6&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #92

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

324



Doe #92
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

325

xinmiao188

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 93

Store Name: xinmiao188

Merchant ID: A31ZCFRD1G21ZE

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31ZCFRD1G21ZE

Product ID: B0F4XDWX83

Product URL: https://www.amazon.com/dp/B0F4XDWX83?keywords=Car%20Crash&m=A31ZCFRD1G21ZE&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #93
Copyright(s) CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622

327

balaanl

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 94

Store Name: balaanl

Merchant ID: A350VJ6PSC7PER

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A350VJ6PSC7PER

Product ID: B0F7XJWF1D, B0F7XMY8LJ, B0F7XN6H8S

Product URL: https://www.amazon.com/dp/B0F7XJWF1D?keywords=Car%20Crash&m=A350VJ6PSC7PER&psc=1, https://www.amazon.com/dp/B0F7XMY8LJ?keywords=Car%20Crash&m=A350VJ6PSC7PER&psc=1, https://www.amazon.com/dp/B0F7XN6H8S?keywords=Car%20Crash&m=A350VJ6PSC7PER&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #94
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

329



Doe #94

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

330



Doe #94
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

331

Ericabc

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 95

Store Name: Ericabc

Merchant ID: A351T6NRWD6STQ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A351T6NRWD6STQ

Product ID: B0F39DJH7V, B0F39P73HB

Product URL: https://www.amazon.com/dp/B0F39DJH7V?keywords=Car%20Crash&m=A351T6NRWD6STQ&psc=1, https://www.amazon.com/dp/B0F39P73HB?keywords=Car%20Crash&m=A351T6NRWD6STQ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #95

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422



Doe #95

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

334

WeiHao XDa

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 96

Store Name: WeiHao XDa

Merchant ID: A368SH0P3QO6AA

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A368SH0P3QO6AA

Product ID: B0F3HWSCHG, B0F3HZNTKF, B0F3HZP291, B0F89BGPHN, B0F89CPQXB, B0F89F1G4R

Product URL: https://www.amazon.com/dp/B0F3HWSCHG?keywords=Car%20Crash&m=A368SH0P3QO6AA&psc=1,
https://www.amazon.com/dp/B0F3HZNTKF?keywords=Car%20Crash&m=A368SH0P3QO6AA&psc=1,
https://www.amazon.com/dp/B0F3HZP291?keywords=Car%20Crash&m=A368SH0P3QO6AA&psc=1,
https://www.amazon.com/dp/B0F89BGPHN?keywords=Car%20Crash&m=A368SH0P3QO6AA&psc=1,
https://www.amazon.com/dp/B0F89CPQXB?keywords=Car%20Crash&m=A368SH0P3QO6AA&psc=1,
https://www.amazon.com/dp/B0F89F1G4R?keywords=Car%20Crash&m=A368SH0P3QO6AA&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #96
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

336



Doe #96
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

337



Doe #96
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

338



Doe #96
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

339



Doe #96
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

340



Doe #96

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

341

WGuiQuan

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 97

Store Name: WGuiQuan

Merchant ID: A36A24PC8I4MEK

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36A24PC8I4MEK

Product ID: B0F7LJKK4J

Product URL: https://www.amazon.com/dp/B0F7LJKK4J?keywords=Car%20Crash&m=A36A24PC8I4MEK&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23



Doe #97
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

343

organher

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 98

Store Name: organher

Merchant ID: A37MNIZP7JLDO0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37MNIZP7JLDO0

Product ID: B0F4766KN2, B0F47MJ7MW

Product URL: https://www.amazon.com/dp/B0F4766KN2?keywords=Car%20Crash&m=A37MNIZP7JLDO0&psc=1, https://www.amazon.com/dp/B0F47MJ7MW?keywords=Car%20Crash&m=A37MNIZP7JLDO0&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #98
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

345



Doe #98
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

346

Bonuoke

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 99

Store Name: Bonuoke

Merchant ID: A37QFPGSHO1U0T

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37QFPGSHO1U0T

Product ID: B0F37VWMWN, B0F37X42Q7

Product URL: https://www.amazon.com/dp/B0F37VWMWN?keywords=Car%20Crash&m=A37QFPGSHO1U0T&psc=1, https://www.amazon.com/dp/B0F37X42Q7?keywords=Car%20Crash&m=A37QFPGSHO1U0T&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #99
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

348



Doe #99
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

349

wangxiaojun0530

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 100

Store Name: wangxiaojun0530

Merchant ID: A382DBKGKP1FYD

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A382DBKGKP1FYD

Product ID: B0F83T39D8, B0F8ZH3BD9

Product URL: https://www.amazon.com/dp/B0F83T39D8?keywords=Car%20Crash&m=A382DBKGKP1FYD&psc=1, https://www.amazon.com/dp/B0F8ZH3BD9?keywords=Car%20Crash&m=A382DBKGKP1FYD&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-30



Doe #100
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

351



Doe #100
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

352

## 151Yapengou

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 101

Store Name: 151Yapengou

Merchant ID: A382ZZKMZBQW0P

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A382ZZKMZBQW0P

Product ID: B0F3XBG2S3

Product URL: https://www.amazon.com/dp/B0F3XBG2S3?keywords=Car%20Crash&m=A382ZZKMZBQW0P&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23