

Doe #101
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

354

hangdingyao

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 102

Store Name: hangdingyao

Merchant ID: A3A7J3AYT9ZS7I

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3A7J3AYT9ZS7I

Product ID: B0F3CQNT3F, B0F3CT98W1, B0F8H62HFP, B0F8HN43MV

Product URL: https://www.amazon.com/dp/B0F3CQNT3F?keywords=Car%20Crash&m=A3A7J3AYT9ZS7I&psc=1,
https://www.amazon.com/dp/B0F3CT98W1?keywords=Car%20Crash&m=A3A7J3AYT9ZS7I&psc=1,
https://www.amazon.com/dp/B0F8H62HFP?keywords=Car%20Crash&m=A3A7J3AYT9ZS7I&psc=1,
https://www.amazon.com/dp/B0F8HN43MV?keywords=Car%20Crash&m=A3A7J3AYT9ZS7I&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

355



Doe #102
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

356



Doe #102
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #102
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #102
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

meeqii

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 103

Store Name: meeqii

Merchant ID: A3ATRGBSYOA0Z2

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3ATRGBSYOA0Z2

Product ID: B0FBYYPQ3X

Product URL: https://www.amazon.com/dp/B0FBYYPQ3X?keywords=Car%20Crash&m=A3ATRGBSYOA0Z2&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #103
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

361

Danyanty

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 104

Store Name: Danyanty

Merchant ID: A3BKS5ISMXVHBW

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BKS5ISMXVHBW

Product ID: B0F92XBXPQ, B0F92YDGCR

Product URL: https://www.amazon.com/dp/B0F92XBXPQ?keywords=Car%20Crash&m=A3BKS5ISMXVHBW&psc=1, https://www.amazon.com/dp/B0F92YDGCR?keywords=Car%20Crash&m=A3BKS5ISMXVHBW&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #104
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

363



Doe #104
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

364

XJZNSBCSP

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 105

Store Name: XJZNSBCSP

Merchant ID: A3BZT88AVKSESO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BZT88AVKSESO

Product ID: B0FCBFCH44, B0FCBGVX55, B0FCBLHCMB

Product URL: https://www.amazon.com/dp/B0FCBFCH44?keywords=Car%20Crash&m=A3BZT88AVKSESO&psc=1, https://www.amazon.com/dp/B0FCBGVX55?keywords=Car%20Crash&m=A3BZT88AVKSESO&psc=1, https://www.amazon.com/dp/B0FCBLHCMB?keywords=Car%20Crash&m=A3BZT88AVKSESO&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #105
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

366



Doe #105
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #105
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

368

## Li Shop-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 106

Store Name: Li Shop-US

Merchant ID: A3CVI3IKNIMR80

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CVI3IKNIMR80

Product ID: B0FGC7B4F9, B0FGCFF8YW, B0FGCKVRJQ, B0FGCVGQYF, B0FGD1ZFX4, B0FGD41JNM

Product URL: https://www.amazon.com/dp/B0FGC7B4F9?keywords=Car%20Crash&m=A3CVI3IKNIMR80&psc=1,
https://www.amazon.com/dp/B0FGCFF8YW?keywords=Car%20Crash&m=A3CVI3IKNIMR80&psc=1,
https://www.amazon.com/dp/B0FGCKVRJQ?keywords=Car%20Crash&m=A3CVI3IKNIMR80&psc=1,
https://www.amazon.com/dp/B0FGCVGQYF?keywords=Car%20Crash&m=A3CVI3IKNIMR80&psc=1,
https://www.amazon.com/dp/B0FGD1ZFX4?keywords=Car%20Crash&m=A3CVI3IKNIMR80&psc=1,
https://www.amazon.com/dp/B0FGD41JNM?keywords=Car%20Crash&m=A3CVI3IKNIMR80&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

369



Doe #106
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

370



Doe #106
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #106
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #106
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #106
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

374



Doe #106
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

Waycin

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 107

Store Name: Waycin

Merchant ID: A3F2R8KSOLNG2P

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F2R8KSOLNG2P

Product ID: B0F3HRMDFL, B0F3HRV7YB, B0F3HVYQFQ

Product URL: https://www.amazon.com/dp/B0F3HRMDFL?keywords=Car%20Crash&m=A3F2R8KSOLNG2P&psc=1, https://www.amazon.com/dp/B0F3HRV7YB?keywords=Car%20Crash&m=A3F2R8KSOLNG2P&psc=1, https://www.amazon.com/dp/B0F3HVYQFQ?keywords=Car%20Crash&m=A3F2R8KSOLNG2P&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26

376



Doe #107
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

377



Doe #107

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422



Doe #107
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

379

## hefeixiangq

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 108

Store Name: hefeixiangq

Merchant ID: A3IK0GGH5BQPMJ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IK0GGH5BQPMJ

Product ID: B0F3JF51XQ, B0F3JFNWY7, B0F3JK67CM

Product URL: https://www.amazon.com/dp/B0F3JF51XQ?keywords=Car%20Crash&m=A3IK0GGH5BQPMJ&psc=1, https://www.amazon.com/dp/B0F3JFNWY7?keywords=Car%20Crash&m=A3IK0GGH5BQPMJ&psc=1, https://www.amazon.com/dp/B0F3JK67CM?keywords=Car%20Crash&m=A3IK0GGH5BQPMJ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-3

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #108
Copyright(s) CCS-3: Listing Image
Copyright Registration Numbers: VA 2-449-622



Doe #108
Copyright(s) CCS-3: Listing Image
Copyright Registration Numbers: VA 2-449-622

382



Doe #108
Copyright(s) CCS-3: Listing Image
Copyright Registration Numbers: VA 2-449-622

guohashangmao

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 109

Store Name: guohashangmao

Merchant ID: A3JR0LS456MWQ0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JR0LS456MWQ0

Product ID: B0F8GTS218

Product URL: https://www.amazon.com/dp/B0F8GTS218?keywords=Car%20Crash&m=A3JR0LS456MWQ0&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30



Doe #109
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

## Clearance Sales Shop-US-Nelmi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 110

Store Name: Clearance Sales Shop-US-Nelmi

Merchant ID: A3MHIXQ80MJULP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MHIXQ80MJULP

Product ID: B0F84FR8DT

Product URL: https://www.amazon.com/dp/B0F84FR8DT?keywords=Car%20Crash&m=A3MHIXQ80MJULP&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23



Doe #110
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

387

coersd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 111

Store Name: coersd

Merchant ID: A3NEW7US3498PO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NEW7US3498PO

Product ID: B0F3HRGJDM, B0F3HXKRZT

Product URL: https://www.amazon.com/dp/B0F3HRGJDM?keywords=Car%20Crash&m=A3NEW7US3498PO&psc=1, https://www.amazon.com/dp/B0F3HXKRZT?keywords=Car%20Crash&m=A3NEW7US3498PO&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #111
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

389



Doe #111
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

390

## VIECDJSK

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 112

Store Name: VIECDJSK

Merchant ID: A3NO91GDGFKAMU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NO91GDGFKAMU

Product ID: B0F7L5DVMN, B0F7L63HT5

Product URL: https://www.amazon.com/dp/B0F7L5DVMN?keywords=Car%20Crash&m=A3NO91GDGFKAMU&psc=1, https://www.amazon.com/dp/B0F7L63HT5?keywords=Car%20Crash&m=A3NO91GDGFKAMU&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #112

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422



Doe #112
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

393

Pehong

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 113

Store Name: Pehong

Merchant ID: A3NPJGOSNT0FHK

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NPJGOSNT0FHK

Product ID: B0F9YHN5PQ, B0F9YKH54R, B0F9YMGS6D, B0F9YMLJBR

Product URL: https://www.amazon.com/dp/B0F9YHN5PQ?keywords=Car%20Crash&m=A3NPJGOSNT0FHK&psc=1, https://www.amazon.com/dp/B0F9YKH54R?keywords=Car%20Crash&m=A3NPJGOSNT0FHK&psc=1, https://www.amazon.com/dp/B0F9YMGS6D?keywords=Car%20Crash&m=A3NPJGOSNT0FHK&psc=1, https://www.amazon.com/dp/B0F9YMLJBR?keywords=Car%20Crash&m=A3NPJGOSNT0FHK&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

394



Doe #113
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #113
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #113
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #113
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

ZHANGBOONE

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 114

Store Name: ZHANGBOONE

Merchant ID: A3NTXJBD85TWZT

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NTXJBD85TWZT

Product ID: B0F38C9DSG, B0F8H4JLWC, B0F8HTD3YP

Product URL: https://www.amazon.com/dp/B0F38C9DSG?keywords=Car%20Crash&m=A3NTXJBD85TWZT&psc=1, https://www.amazon.com/dp/B0F8H4JLWC?keywords=Car%20Crash&m=A3NTXJBD85TWZT&psc=1, https://www.amazon.com/dp/B0F8HTD3YP?keywords=Car%20Crash&m=A3NTXJBD85TWZT&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #114
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

400



Doe #114
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

401



Doe #114
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

402

lOEUXS

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 115

Store Name: lOEUXS

Merchant ID: A3OKDGKM0FLBPB

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OKDGKM0FLBPB

Product ID: B0F4JQVYD6

Product URL: https://www.amazon.com/dp/B0F4JQVYD6?keywords=Car%20Crash&m=A3OKDGKM0FLBPB&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23



Doe #115
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

404

wartleves Us

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 116

Store Name: wartleves Us

Merchant ID: A3PZ9MJ9NL66AM

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PZ9MJ9NL66AM

Product ID: B0F3X9W5LQ, B0F3XCJJ62

Product URL: https://www.amazon.com/dp/B0F3X9W5LQ?keywords=Car%20Crash&m=A3PZ9MJ9NL66AM&psc=1, https://www.amazon.com/dp/B0F3XCJJ62?keywords=Car%20Crash&m=A3PZ9MJ9NL66AM&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #116
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

406



Doe #116
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

## FUXINGSENLINJINGYING

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 117

Store Name: FUXINGSENLINJINGYING

Merchant ID: A3QI9JJ776QD0I

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QI9JJ776QD0I

Product ID: B0F32L9CYG, B0F32M7K2N, B0F32MPJ2L, B0F32NXTGF

Product URL: https://www.amazon.com/dp/B0F32L9CYG?keywords=Car%20Crash&m=A3QI9JJ776QD0I&psc=1, https://www.amazon.com/dp/B0F32M7K2N?keywords=Car%20Crash&m=A3QI9JJ776QD0I&psc=1, https://www.amazon.com/dp/B0F32MPJ2L?keywords=Car%20Crash&m=A3QI9JJ776QD0I&psc=1, https://www.amazon.com/dp/B0F32NXTGF?keywords=Car%20Crash&m=A3QI9JJ776QD0I&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1, CCS-2, CCS-3, CCS-4

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

409



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

410



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

411



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

412



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

413



Doe #117

Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image

Copyright Registration Numbers: VA 2-449-622

414



Doe #117

Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image

Copyright Registration Numbers: VA 2-449-622

415



Doe #117

Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image

Copyright Registration Numbers: VA 2-449-622



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

417



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

418



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

419



Click to see full view

Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

420



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

421



2025-07-07

Car Crash Cymbal, Car Cymbal Air Vent, Mini Drum Crash Cymbal for Car Vent, Finger Music Cymbals Air Drums for Car, Car Cymbal Pack, Suitable for All Types of Vehicles(Sliver*2)

Brand: kdkxju
Search this page

$34.99

Color: Sliver*2

- Turn Your Ride into a Rhythm Zone: Enhance your driving experience with car cymbal style vents! Tap the mini cymbal on the car vent to match your favorite rhythm, turning boring commuting into busy drumming. Very suitable for drummers and music enthusiasts who crave interactive fun while driving
- Easy to Installation: This car vent cymbal is designed for easy installation and can be securely fixed to most horizontal and vertical vents or dashboard within seconds. Adjustable arms lock it at the perfect angle, ensuring a stable and enjoyable drumming experience
- Beat Boredom, Spark Smiles: Fight traffic congestion by banging your car and hitting cymbals - children love to join in this fun! This car exhaust cymbal is both quirky and practical, making it a funny gift for drum enthusiasts or music savvy friends
- Compact Size, Big Sound: Don't be fooled by its small size! This palm sized

Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

422



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

423



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

424



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

425



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

426



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

427



Doe #117
Copyright(s) CCS-1, CCS-2, CCS-3, CCS-4: Listing Image
Copyright Registration Numbers: VA 2-449-622

428

FangoolJY

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 118

Store Name: FangoolJY

Merchant ID: A3RHOMX7MQPRND

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RHOMX7MQPRND

Product ID: B0F8RFWM4S

Product URL: https://www.amazon.com/dp/B0F8RFWM4S?keywords=Car%20Crash&m=A3RHOMX7MQPRND&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #118
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

## LINHAI CHAOSHI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 119

Store Name: LINHAI CHAOSHI

Merchant ID: A3T5F4M314CLH7

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3T5F4M314CLH7

Product ID: B0F3J8MDNL

Product URL:
https://www.amazon.com/dp/B0F3J8MDNL?keywords=TYPE%20THE%20WORDMARK%20HERE&m=A3T5F4M314CLH7&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-26

431



Doe #119
Copyright(s) CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622

432

## huangxiaolingok

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 120

Store Name: huangxiaolingok

Merchant ID: A3TJ15AKWBJQR3

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TJ15AKWBJQR3

Product ID: B0F38B2YXX, B0F38BCB5M

Product URL: https://www.amazon.com/dp/B0F38B2YXX?keywords=Car%20Crash&m=A3TJ15AKWBJQR3&psc=1, https://www.amazon.com/dp/B0F38BCB5M?keywords=Car%20Crash&m=A3TJ15AKWBJQR3&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #120
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

434



Doe #120
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

435

MRGIINRI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 121

Store Name: MRGIINRI

Merchant ID: A3VQKTC1EQR50K

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VQKTC1EQR50K

Product ID: B0F3HRJR9D, B0F3HY6LL7

Product URL: https://www.amazon.com/dp/B0F3HRJR9D?keywords=Car%20Crash&m=A3VQKTC1EQR50K&psc=1, https://www.amazon.com/dp/B0F3HY6LL7?keywords=Car%20Crash&m=A3VQKTC1EQR50K&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #121
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #121
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

438

XinXinLongChengJian

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 122

Store Name: XinXinLongChengJian

Merchant ID: A4582EZ0DEEW2

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4582EZ0DEEW2

Product ID: B0F32HY33X, B0F32J7T6B, B0F32JRFLM

Product URL: https://www.amazon.com/dp/B0F32HY33X?keywords=Car%20Crash&m=A4582EZ0DEEW2&psc=1, https://www.amazon.com/dp/B0F32J7T6B?keywords=Car%20Crash&m=A4582EZ0DEEW2&psc=1, https://www.amazon.com/dp/B0F32JRFLM?keywords=Car%20Crash&m=A4582EZ0DEEW2&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #122
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

440



Doe #122
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

441



Doe #122
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

442

Jingyuan Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 123

Store Name: Jingyuan Store

Merchant ID: A4WT7WMKYACZL

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4WT7WMKYACZL

Product ID: B0F3J11LM9

Product URL: https://www.amazon.com/dp/B0F3J11LM9?keywords=Car%20Crash&m=A4WT7WMKYACZL&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #123
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

444

## NIMBUSSS Global

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 124

Store Name: NIMBUSSS Global

Merchant ID: A4YU9TX3ZPX20

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4YU9TX3ZPX20

Product ID: B0FDS4V273, B0FDS88G1T, B0FDTHDG44

Product URL: https://www.amazon.com/dp/B0FDS4V273?keywords=Car%20Crash&m=A4YU9TX3ZPX20&psc=1, https://www.amazon.com/dp/B0FDS88G1T?keywords=Car%20Crash&m=A4YU9TX3ZPX20&psc=1, https://www.amazon.com/dp/B0FDTHDG44?keywords=Car%20Crash&m=A4YU9TX3ZPX20&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #124
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

446



Doe #124
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

447



Doe #124
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

448

## Liu XuDong

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 125

Store Name: Liu XuDong

Merchant ID: A5ZHW793VIOKS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5ZHW793VIOKS

Product ID: B0F43T6JNJ, B0F43TFPGH

Product URL: https://www.amazon.com/dp/B0F43T6JNJ?keywords=Car%20Crash&m=A5ZHW793VIOKS&psc=1, https://www.amazon.com/dp/B0F43TFPGH?keywords=Car%20Crash&m=A5ZHW793VIOKS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #125

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

450



Doe #125
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

451

taiyuanxiwenshangmaoyouxiangongsi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 126

Store Name: taiyuanxiwenshangmaoyouxiangongsi

Merchant ID: A806XVZ0ACZ46

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A806XVZ0ACZ46

Product ID: B0F383HQ3S, B0F3849VJB, B0F8PSS21V, B0F8PVV9NT

Product URL: https://www.amazon.com/dp/B0F383HQ3S?keywords=Car%20Crash&m=A806XVZ0ACZ46&psc=1, https://www.amazon.com/dp/B0F3849VJB?keywords=Car%20Crash&m=A806XVZ0ACZ46&psc=1, https://www.amazon.com/dp/B0F8PSS21V?keywords=Car%20Crash&m=A806XVZ0ACZ46&psc=1, https://www.amazon.com/dp/B0F8PVV9NT?keywords=Car%20Crash&m=A806XVZ0ACZ46&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #126
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

453



Doe #126
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #126
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

455



Doe #126
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

456

Yanmis

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 127

Store Name: Yanmis

Merchant ID: A8AMAIIWM2FLU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8AMAIIWM2FLU

Product ID: B0FC6S1N56, B0FC6S9B9J

Product URL: https://www.amazon.com/dp/B0FC6S1N56?keywords=Car%20Crash&m=A8AMAIIWM2FLU&psc=1, https://www.amazon.com/dp/B0FC6S9B9J?keywords=Car%20Crash&m=A8AMAIIWM2FLU&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #127
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #127
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

459

nazhendianzi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 128

Store Name: nazhendianzi

Merchant ID: A8FZDHD0JS14J

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8FZDHD0JS14J

Product ID: B0F3C5QVKM, B0F8HW873L, B0F8HZGWWS

Product URL: https://www.amazon.com/dp/B0F3C5QVKM?keywords=Car%20Crash&m=A8FZDHD0JS14J&psc=1, https://www.amazon.com/dp/B0F8HW873L?keywords=Car%20Crash&m=A8FZDHD0JS14J&psc=1, https://www.amazon.com/dp/B0F8HZGWWS?keywords=Car%20Crash&m=A8FZDHD0JS14J&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-30



Doe #128
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

461



Doe #128
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

462



Doe #128
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

463

## ZHOUyang

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 129

Store Name: ZHOUyang

Merchant ID: A8IL13PFGHO3C

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8IL13PFGHO3C

Product ID: B0F3CC4WFS, B0F3CCS2JX

Product URL: https://www.amazon.com/dp/B0F3CC4WFS?keywords=Car%20Crash&m=A8IL13PFGHO3C&psc=1, https://www.amazon.com/dp/B0F3CCS2JX?keywords=Car%20Crash&m=A8IL13PFGHO3C&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #129
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

465



Doe #129
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

466

haolism

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 130

Store Name: haolism

Merchant ID: AAAVJT5WW0CAS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAAVJT5WW0CAS

Product ID: B0F4J6PS18, B0F4JMYRGW, B0F4JNWWNT

Product URL: https://www.amazon.com/dp/B0F4J6PS18?keywords=Car%20Crash&m=AAAVJT5WW0CAS&psc=1, https://www.amazon.com/dp/B0F4JMYRGW?keywords=Car%20Crash&m=AAAVJT5WW0CAS&psc=1, https://www.amazon.com/dp/B0F4JNWWNT?keywords=Car%20Crash&m=AAAVJT5WW0CAS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30, 2025-07-07

467



Doe #130
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #130
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

469



Doe #130
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

470

Gangbandianzi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 131

Store Name: Gangbandianzi

Merchant ID: AAKSZ9NRVV4P1

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAKSZ9NRVV4P1

Product ID: B0F38DQSLR

Product URL: https://www.amazon.com/dp/B0F38DQSLR?keywords=Car%20Crash&m=AAKSZ9NRVV4P1&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23



Doe #131
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

yunchengshiyanhuqumansuobaihuoshanghang

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 132

Store Name: yunchengshiyanhuqumansuobaihuoshanghang

Merchant ID: AAOJ0XUK448PB

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAOJ0XUK448PB

Product ID: B0F3XR9J54, B0F3XS8V2N

Product URL: https://www.amazon.com/dp/B0F3XR9J54?keywords=Car%20Crash&m=AAOJ0XUK448PB&psc=1, https://www.amazon.com/dp/B0F3XS8V2N?keywords=Car%20Crash&m=AAOJ0XUK448PB&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1, CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-07-01

473



Doe #132

Copyright(s) CCS-Video-1, CCS-1: Listing Image

Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

474



Doe #132
Copyright(s) CCS-Video-1, CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622, PAu 4-266-422

475



Doe #132
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

476

Happy Warrior Zihaoya

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 133

Store Name: Happy Warrior Zihaoya

Merchant ID: AAPXIMT62NE70

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAPXIMT62NE70

Product ID: B0F7LR4C2F, B0F7LSNMXG

Product URL: https://www.amazon.com/dp/B0F7LR4C2F?keywords=Car%20Crash&m=AAPXIMT62NE70&psc=1, https://www.amazon.com/dp/B0F7LSNMXG?keywords=Car%20Crash&m=AAPXIMT62NE70&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #133
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

478



Doe #133
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

479

meishuosheng

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 134

Store Name: meishuosheng

Merchant ID: ADMBD0IU0W5P1

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ADMBD0IU0W5P1

Product ID: B0F8B93H5G

Product URL: https://www.amazon.com/dp/B0F8B93H5G?keywords=Car%20Crash&m=ADMBD0IU0W5P1&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #134
Copyright(s) CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622

481

## Kqinustyu

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 135

Store Name: Kqinustyu

Merchant ID: AEXUWGSYADX64

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEXUWGSYADX64

Product ID: B0F3CGBM5J, B0F8HHYJWK, B0F8HJNB7K, B0F8HJRRZQ, B0F8HV3PGX

Product URL: https://www.amazon.com/dp/B0F3CGBM5J?keywords=Car%20Crash&m=AEXUWGSYADX64&psc=1,
https://www.amazon.com/dp/B0F8HHYJWK?keywords=Car%20Crash&m=AEXUWGSYADX64&psc=1,
https://www.amazon.com/dp/B0F8HJNB7K?keywords=Car%20Crash&m=AEXUWGSYADX64&psc=1,
https://www.amazon.com/dp/B0F8HJRRZQ?keywords=Car%20Crash&m=AEXUWGSYADX64&psc=1,
https://www.amazon.com/dp/B0F8HV3PGX?keywords=Car%20Crash&m=AEXUWGSYADX64&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-30



Doe #135
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #135
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #135
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

485



Doe #135
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

Case 2:26-cv-00046-CCW   Document 33-5   Filed 02/20/26   Page 134 of 185



Doe #135
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

487

JYBFF

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 136

Store Name: JYBFF

Merchant ID: AIBKKIOHP9KWB

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIBKKIOHP9KWB

Product ID: B0F3J7F4QL, B0F3J7J1WK

Product URL: https://www.amazon.com/dp/B0F3J7F4QL?keywords=Car%20Crash&m=AIBKKIOHP9KWB&psc=1, https://www.amazon.com/dp/B0F3J7J1WK?keywords=Car%20Crash&m=AIBKKIOHP9KWB&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #136
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

489



Doe #136
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

490

## XINGA Direct (Fast Delivery 7 - 15 Days)

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 137

Store Name: XINGA Direct (Fast Delivery 7 - 15 Days)

Merchant ID: AJLV1GJE6JRUZ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJLV1GJE6JRUZ

Product ID: B0F99579T1, B0F995HK47

Product URL: https://www.amazon.com/dp/B0F99579T1?keywords=Car%20Crash&m=AJLV1GJE6JRUZ&psc=1, https://www.amazon.com/dp/B0F995HK47?keywords=Car%20Crash&m=AJLV1GJE6JRUZ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #137

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422



Doe #137
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

493

hefeigeqian

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 138

Store Name: hefeigeqian

Merchant ID: AKWXE6F6K2EIP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKWXE6F6K2EIP

Product ID: B0F3CT2RNW

Product URL: https://www.amazon.com/dp/B0F3CT2RNW?keywords=Car%20Crash&m=AKWXE6F6K2EIP&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23



Doe #138
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

495

Desfwe

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 139

Store Name: Desfwe

Merchant ID: AL5URY9BJ85DA

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AL5URY9BJ85DA

Product ID: B0F3T592V6

Product URL: https://www.amazon.com/dp/B0F3T592V6?keywords=Car%20Crash&m=AL5URY9BJ85DA&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23



Doe #139
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

497



Doe #139
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

498

## ZhangQing0209

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 140

Store Name: ZhangQing0209

Merchant ID: ALL1PLM1G6P8B

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALL1PLM1G6P8B

Product ID: B0FCYPNN35, B0FCYVY2FR

Product URL: https://www.amazon.com/dp/B0FCYPNN35?keywords=Car%20Crash&m=ALL1PLM1G6P8B&psc=1, https://www.amazon.com/dp/B0FCYVY2FR?keywords=Car%20Crash&m=ALL1PLM1G6P8B&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #140
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #140
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

501

ke pai dian zi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 141

Store Name: ke pai dian zi

Merchant ID: AMK684U059KHF

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMK684U059KHF

Product ID: B0FCS6YT1Y

Product URL: https://www.amazon.com/dp/B0FCS6YT1Y?keywords=Car%20Crash&m=AMK684U059KHF&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-30



2025-06-30

amazon.com/dp/B0FCS6YT1Y?keywords=&m=AMK684U059KHF

**2 Pack Car Cymbal Air Vent - Premium Stainless Steel Crash Cymbal with Tool-Free Installation - Musical Dashboard Accessory for Car Vent - Ideal for Drummers & Drivers**

Visit the Lzetguya Store
Search this page

$17⁹⁹

| Brand | Lzetguya |
|---|---|
| Material | Alloy Steel, Plastic, Nylon, Eva |
| Model Name | JDZR |
| Item dimensions L x W x H | 6 x 6 x 2 inches |
| Item Weight | 0.24 Pounds |

**About this item**

- Car drum cymbals, enjoy entertainment at the air vent This car cymbal for dash can be firmly mounted on the air vent or dashboard, turning your car into a mobile music studio. It is perfect for drummers and music lovers, and it makes a crisp metallic sound when struck, turning your daily commute or road trip into a rhythmic adventure. It includes two sets of mini drum set for car a wider range of uses.
- Easy Installation & Universal Fit Designed for hassle-free setup, this car vent cymbal features a clip-on design that works with most car air vents and dash surfaces. No tools required—simply attach and play. The compact size ensures it won't block airflow or driver visibility, making it a car symbol drum that's both functional and fun.
- Durable Stainless Steel Construction Crafted from high-quality stainless steel, the car crash cymbal air vent resists rust and wear, ensuring long-lasting performance. The lightweight yet sturdy design withstands daily use, while the ergonomic striker provides a comfortable grip for precise drumming. Great for car drums enthusiasts seeking a premium in-car accessory.
- Perfect for Any Occasion Whether stuck in traffic or cruising on the highway, this dashboard cymbal for car adds a playful touch to your driving experience. Ideal for road trips, parties, or as a unique gift, it encourages creativity and relieves stress. Compatible with car drum cymbal air vent and cymbal for car vent setups for a complete musical setup.

$17⁹⁹

FREE delivery **Wednesday, July 9.** Details

Deliver to Eunoia - Pittsburgh 15219

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   ke pai dian zi
Sold by   ke pai dian zi
Returns   30-day refund/replacement
Payment   Secure transaction

See more

Add to List

TZQZYL

Car Cymbal, Car Air Vent Mini Dru...

Doe #141
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

503

rongjiadz

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 142

Store Name: rongjiadz

Merchant ID: AMN2FV4SOETOI

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMN2FV4SOETOI

Product ID: B0F3X33JBH, B0F3X55X1R

Product URL: https://www.amazon.com/dp/B0F3X33JBH?keywords=Car%20Crash&m=AMN2FV4SOETOI&psc=1, https://www.amazon.com/dp/B0F3X55X1R?keywords=Car%20Crash&m=AMN2FV4SOETOI&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07, 2025-07-08



Doe #142
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

505



Doe #142
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

506

## HWZCRS

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 143

Store Name: HWZCRS

Merchant ID: AO81045YRY4MZ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AO81045YRY4MZ

Product ID: B0F93QMNVP, B0F93S5YK7

Product URL: https://www.amazon.com/dp/B0F93QMNVP?keywords=Car%20Crash&m=AO81045YRY4MZ&psc=1, https://www.amazon.com/dp/B0F93S5YK7?keywords=Car%20Crash&m=AO81045YRY4MZ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #143
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #143
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

Huofafashangmao

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 144

Store Name: Huofafashangmao

Merchant ID: AOY7XD1C5DKCD

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOY7XD1C5DKCD

Product ID: B0FFGQVWSF

Product URL: https://www.amazon.com/dp/B0FFGQVWSF?keywords=Car%20Crash&m=AOY7XD1C5DKCD&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01



Doe #144
Copyright(s) CCS-1: Listing Image
Copyright Registration Numbers: VA 2-449-622

xunqee - US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 145

Store Name: xunqee - US

Merchant ID: ARBEKX2FMYF9P

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARBEKX2FMYF9P

Product ID: B0F8752M2Z, B0F9LFC652

Product URL: https://www.amazon.com/dp/B0F8752M2Z?keywords=Car%20Crash&m=ARBEKX2FMYF9P&psc=1, https://www.amazon.com/dp/B0F9LFC652?keywords=Car%20Crash&m=ARBEKX2FMYF9P&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-30



Doe #145
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

513



Doe #145
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

## Kuncheng Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 146

Store Name: Kuncheng Store

Merchant ID: AT4GNEJH1YWPB

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AT4GNEJH1YWPB

Product ID: B0F3HT33SV, B0F3HX7BWQ

Product URL: https://www.amazon.com/dp/B0F3HT33SV?keywords=Car%20Crash&m=AT4GNEJH1YWPB&psc=1, https://www.amazon.com/dp/B0F3HX7BWQ?keywords=Car%20Crash&m=AT4GNEJH1YWPB&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26



Doe #146
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

516



Doe #146
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

517

AMDSNES

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 147

Store Name: AMDSNES

Merchant ID: AVQVTERD8BILS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVQVTERD8BILS

Product ID: B0F8J7CLQK

Product URL: https://www.amazon.com/dp/B0F8J7CLQK?keywords=Car%20Crash&m=AVQVTERD8BILS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-2

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #147
Copyright(s) CCS-2: Listing Image
Copyright Registration Numbers: VA 2-449-622

chongchongfei

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 148

Store Name: chongchongfei

Merchant ID: AWYLKNQXB4QQC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWYLKNQXB4QQC

Product ID: B0F3CZZLZV, B0F3D3YCCQ

Product URL: https://www.amazon.com/dp/B0F3CZZLZV?keywords=Car%20Crash&m=AWYLKNQXB4QQC&psc=1, https://www.amazon.com/dp/B0F3D3YCCQ?keywords=Car%20Crash&m=AWYLKNQXB4QQC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-26

520



Doe #148
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

521



Doe #148
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

522

Caoqiangser

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 149

Store Name: Caoqiangser

Merchant ID: AY4966661FO2F

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AY4966661FO2F

Product ID: B0F38FGY15

Product URL: https://www.amazon.com/dp/B0F38FGY15?keywords=Car%20Crash&m=AY4966661FO2F&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #149

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

524

zhao he shang mao

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 150

Store Name: zhao he shang mao

Merchant ID: AYLL099NLYLL0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYLL099NLYLL0

Product ID: B0FGTV6NYY

Product URL: https://www.amazon.com/dp/B0FGTV6NYY?keywords=Car%20Crash&m=AYLL099NLYLL0&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07



Doe #150
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

526

张家港锦祎贸易有限公司

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 151

Store Name: 张家港锦祎贸易有限公司

Merchant ID: AYTR1CLNG5E52

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYTR1CLNG5E52

Product ID: B0F62P2M4G, B0F62PLL3K, B0F92RXBZF

Product URL: https://www.amazon.com/dp/B0F62P2M4G?keywords=Car%20Crash&m=AYTR1CLNG5E52&psc=1, https://www.amazon.com/dp/B0F62PLL3K?keywords=Car%20Crash&m=AYTR1CLNG5E52&psc=1, https://www.amazon.com/dp/B0F92RXBZF?keywords=Car%20Crash&m=AYTR1CLNG5E52&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-06-23, 2025-06-30, 2025-07-01

527



Doe #151
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

528



Doe #151
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #151

Copyright(s) CCS-Video-1: Listing Image

Copyright Registration Numbers: PAu 4-266-422

tangheshangmaozhongxin

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 152

Store Name: tangheshangmaozhongxin

Merchant ID: AZ4Q9HFR78A26

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZ4Q9HFR78A26

Product ID: B0FFH7KWX9, B0FFHGL32S

Product URL: https://www.amazon.com/dp/B0FFH7KWX9?keywords=Car%20Crash&m=AZ4Q9HFR78A26&psc=1, https://www.amazon.com/dp/B0FFHGL32S?keywords=Car%20Crash&m=AZ4Q9HFR78A26&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-07

531



Doe #152
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #152
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422

533

仲资商城

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 153

Store Name: 仲资商城

Merchant ID: AZF626TJPYBCY

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZF626TJPYBCY

Product ID: B0FDBFS2RT, B0FDBGMRNN, B0FDBGMRNP, B0FDBJ1PXK

Product URL: https://www.amazon.com/dp/B0FDBFS2RT?keywords=Car%20Crash&m=AZF626TJPYBCY&psc=1,
https://www.amazon.com/dp/B0FDBGMRNN?keywords=Car%20Crash&m=AZF626TJPYBCY&psc=1,
https://www.amazon.com/dp/B0FDBGMRNP?keywords=Car%20Crash&m=AZF626TJPYBCY&psc=1,
https://www.amazon.com/dp/B0FDBJ1PXK?keywords=Car%20Crash&m=AZF626TJPYBCY&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: CCS-Video-1

Trademark Infringed:

Design Patent Infringed:

Number of Unique Infringements: 1

Screenshots Captured on: 2025-07-01

534



Doe #153
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #153
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #153
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422



Doe #153
Copyright(s) CCS-Video-1: Listing Image
Copyright Registration Numbers: PAu 4-266-422