**SCHEDULE A**

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Amazon | AIMEIJIAJU | A1010BQB7NSKIC | B0F9DR5V5D | PAu 4-266-422 |
| | | | | B0F9F7T7JN | PAu 4-266-422 |
| 2 | Amazon | 盈宝百货经营部 | A1056SCDK0O709 | B0F38FYFFC | PAu 4-266-422 |
| | | | | B0F38G4MGR | PAu 4-266-422 |
| | | | | B0F38G515S | PAu 4-266-422 |
| 3 | Amazon | yifa0790 | A10RTULBMCQBMH | B0F83222JX | VA 2-449-622 |
| | | | | B0FCFRL6HL | PAu 4-266-422 |
| | | | | B0FCFSHHNC | PAu 4-266-422 |
| | | | | B0FCFSJ6T9 | PAu 4-266-422 |
| 4 | Amazon | HYSMH | A113T2ZREV3BC0 | B0FCMJ9NPT | PAu 4-266-422 |
| 5 | Amazon | xiruns | A117PK1D7H7RW1 | B0F9VG1H69 | PAu 4-266-422 |
| | | | | B0F9VGPK97 | PAu 4-266-422 |
| | | | | B0F9VH2R4V | PAu 4-266-422 |
| | | | | B0F9VK5165 | PAu 4-266-422 |
| 6 | Amazon | DZHSM | A122CXTM0WNBSP | B0F3JFJ7QH | PAu 4-266-422 |
| | | | | B0F3JGHFP2 | PAu 4-266-422 |
| | | | | B0F3JGRD9H | PAu 4-266-422 |
| | | | | B0F3JH8SGK | PAu 4-266-422 |
| 7 | Amazon | Setxxop | A12E689K5VZA7E | B0F8NXKQZJ | PAu 4-266-422 |
| | | | | B0F8NXVQSD | PAu 4-266-422 |
| | | | | B0F8P167NR | PAu 4-266-422 |
| | | | | B0F8P226BK | PAu 4-266-422 |
| 8 | Amazon | QUXIALI | A136AANWF94XVC | B0F3BPWML6 | PAu 4-266-422 |
| 9 | Amazon | wangadexiaodian | A149A0RIU7CQ0G | B0F9F9RMDZ | PAu 4-266-422 |
| 10 | Amazon | Home Electronics Cheap Clearance Store | A14BW3URLZQRFV | B0F9WPNH78 | PAu 4-266-422 |
| | | | | B0F9WQ38WD | PAu 4-266-422 |
| | | | | B0F9WQBWMN | PAu 4-266-422 |

| | | | B0F8H6XRZY | PAu 4-266-422 |
|---|---|---|---|---|
| 11 | Amazon | JHCBS | A14EAGF7MQ4TJW | B0F8HB1G1R | PAu 4-266-422 |
| | | | B0F8HFFLLB | PAu 4-266-422 |
| | | | B0F8HRLCMP | PAu 4-266-422 |
| 12 | Amazon | getuse-US | A159UWR73FUUAE | B0FF4K6TT1 | PAu 4-266-422 |
| 13 | Amazon | AmyhiII | A15EEWJNURANKJ | B0FCFB3HGM | PAu 4-266-422 |
| | | | B0FCFD2GFR | PAu 4-266-422 |
| | | | B0FCFFFG9Y | PAu 4-266-422 |
| | | | B0FCFFGLMT | PAu 4-266-422 |
| 14 | Amazon | YONGZHENMA | A15HNKI8PPUF1B | B0FF99KRGT | PAu 4-266-422 |
| | | | B0FF98KXFQ | PAu 4-266-422 |
| 15 | Amazon | Gleamwing | A16RUV8RKTFQPT | B0F9TPTJ12 | PAu 4-266-422 |
| 16 | Amazon | HDimmortal | A16UROX8EA0KH2 | B0F99JM3LG | PAu 4-266-422 |
| | | | B0F99H5B1T | PAu 4-266-422 |
| | | | B0F99FQCH2 | PAu 4-266-422 |
| 17 | Amazon | Feida666 | A17BVEP6Q0IME9 | B0F9YM47LP | PAu 4-266-422 |
| | | | B0F9YL5W1Y | PAu 4-266-422 |
| | | | B0F9YKZNXG | PAu 4-266-422 |
| 18 | Amazon | huifeidezhu | A17I0HQTQYAXIS | B0F43J6X54 | PAu 4-266-422 |
| | | | B0F43FZSYW | PAu 4-266-422 |
| 19 | Amazon | SanShiJianCai | A17WTMQW20KF8H | B0F9Y3JX9K | PAu 4-266-422 |
| | | | B0F9Y4Z6R5 | PAu 4-266-422 |
| | | | B0F9Y56JBR | PAu 4-266-422 |
| | | | B0F9Y7GYNX | PAu 4-266-422 |
| 20 | Amazon | YANGd | A17XWB7W9JEBYZ | B0F3XJKR2L | PAu 4-266-422 |
| | | | B0F3XG8XY8 | PAu 4-266-422 |
| 21 | Amazon | JiDuoZw | A19FB5WKH1Z8VD | B0F9PNDNSD | PAu 4-266-422 |
| | | | B0F8C5D33J | PAu 4-266-422 |

2

| | | | | | |
|---|---|---|---|---|---|
| 22 | Amazon | 合肥经济技术开发区丽晓百货店 | A1A63JVZUOXQ2Q | B0F43P6KTG | PAu 4-266-422 |
| 23 | Amazon | SkiPdrDa | A1A7HR4MA3UABS | B0F3J8SMZZ | PAu 4-266-422 |
| | | | | B0F3JD23KB | PAu 4-266-422 |
| | | | | B0F3JC8WZT | PAu 4-266-422 |
| | | | | B0F3JB8VJM | PAu 4-266-422 |
| 24 | Amazon | Jing Ang | A1A84J4FQDOMB4 | B0F9397H7J | PAu 4-266-422 |
| | | | | B0F93B9H42 | PAu 4-266-422 |
| | | | | B0F93BYYTT | PAu 4-266-422 |
| 25 | Amazon | FANJUNYING | A1C02Y51CA0Y0O | B0F384LP2D | PAu 4-266-422 |
| | | | | B0F8BJ9Y7X | PAu 4-266-422 |
| | | | | B0F8BJJTSB | PAu 4-266-422 |
| 26 | Amazon | Yeuiba | A1CVZHISW5N6LU | B0F8NNLS7H | PAu 4-266-422 |
| | | | | B0F8NQ775D | PAu 4-266-422 VA 2-449-622 |
| 27 | Amazon | JingJiKaiFaQuXinDaLu | A1D56AIP3Q3BI | B0F9YTQHJW | PAu 4-266-422 |
| | | | | B0F9YVTVVQ | PAu 4-266-422 |
| | | | | B0F9YXFP19 | PAu 4-266-422 |
| | | | | B0F9YVVP9F | PAu 4-266-422 |
| 28 | Amazon | 华易达百货店 | A1FXBCU44G0JYG | B0FCFQWX4F | PAu 4-266-422 |
| | | | | B0FCFQ2SVS | PAu 4-266-422 |
| | | | | B0FCFL7XGS | PAu 4-266-422 |
| 29 | Amazon | CQShangmou | A1G14GV4SU7XXS | B0F4N2TTFR | PAu 4-266-422 |
| 30 | Amazon | Gomabo | A1GQ3OL3IQUY5U | B0F37XCN1Y | PAu 4-266-422 |
| | | | | B0F37YWL2W | PAu 4-266-422 |
| | | | | B0F37YYPHJ | PAu 4-266-422 |
| | | | | B0F37Z3VGS | PAu 4-266-422 |
| | | | | B0F37ZK4R7 | PAu 4-266-422 |
| | | | | B0F37X95ZK | PAu 4-266-422 |
| | | | | B0F37WJY9Z | PAu 4-266-422 |

| | | | | B0F37W5N82 | PAu 4-266-422 |
|---|---|---|---|---|---|
| | | | | B0F37W1D47 | PAu 4-266-422 |
| 31 | Amazon | sclionge | A1HNVZDC4KIP9W | B0F3X5D813 | PAu 4-266-422 |
| | | | | B0F3X844MD | PAu 4-266-422 |
| | | | | B0F3XBFJCS | PAu 4-266-422 |
| 32 | Amazon | Bluecozy | A1JBN5L7XDZNZ5 | B0F43LYDDP | PAu 4-266-422 |
| 33 | Amazon | leJeem | A1JYG2P4CXB80V | B0F8HZ5XLR | PAu 4-266-422 |
| | | | | B0F8H6LZ92 | PAu 4-266-422 |
| 34 | Amazon | Hanshangwo | A1JYKZK5724BZO | B0F386Z2PG | PAu 4-266-422 |
| 35 | Amazon | Jakexun | A1LNI36F6NP0C5 | B0FDX27DCV | PAu 4-266-422 |
| 36 | Amazon | CrimsonCraftworks | A1NHS09S2IMOU3 | B0FGDPJB6X | PAu 4-266-422 |
| | | | | B0FGDS467H | PAu 4-266-422 |
| 37 | Amazon | lujiahao | A1O8BH1KDYP54Z | B0F3CBCDLQ | PAu 4-266-422 |
| | | | | B0F3CG3HPT | PAu 4-266-422 |
| 38 | Amazon | AngelaLiu | A1OQMOMKWOBUGA | B0F3Q7GQZN | PAu 4-266-422 |
| 39 | Amazon | Bxzna | A1PI6PDQIYLBW9 | B0F3NMB7X4 | PAu 4-266-422 |
| | | | | B0F3NMMD2W | PAu 4-266-422 |
| | | | | B0F3NNSHGD | PAu 4-266-422 |
| 40 | Amazon | xldzi | A1QM0A6LTVO87K | B0F3TSS8JQ | PAu 4-266-422 |
| | | | | B0F3TP5QSP | PAu 4-266-422 |
| | | | | B0F3THW5Y1 | PAu 4-266-422 |
| 41 | Amazon | yunchengshiyanhuqutonghuidianzishangwuyouxiangongsi | A1QMQZ0ZAM4WUO | B0F6SY8YLP | PAu 4-266-422 |
| | | | | B0F6T456K6 | PAu 4-266-422 |
| | | | | B0F6T98Z5P | PAu 4-266-422 |
| 42 | Amazon | ERZJUT | A1S45260HP0IC6 | B0FF8XF1MP | PAu 4-266-422 |
| | | | | B0FF8S3CN9 | PAu 4-266-422 |
| 43 | Amazon | | A1SU9N56IG7Q7Y | B0F8SHJ87D | PAu 4-266-422 |
| | | | | B0F8S8YJ45 | PAu 4-266-422 |

4

| | | | | | |
|---|---|---|---|---|---|
| | | HEFEIWENYEMAOYIYOUXIANGONGSI | | B0F8S273YF | PAu 4-266-422 |
| 44 | Amazon | tweakDAY Warehouse Clearance | A1T65M3OUBYMG3 | B0F3X72JM2 | PAu 4-266-422 |
| | | | | B0F3X72QRJ | PAu 4-266-422 |
| 45 | Amazon | Xuemei2112 | A1TBJXXXTV32VR | B0F5WCKQ7L | PAu 4-266-422 |
| | | | | B0F5VN54L9 | PAu 4-266-422 |
| 46 | Amazon | xinghongda-USA | A1U0WZWVISRI6G | B0F83WZ5QV | PAu 4-266-422 |
| | | | | B0FBDRYTW7 | PAu 4-266-422 |
| 47 | Amazon | MEJO | A1U4GZCBNY89IP | B0F3CNVW2J | PAu 4-266-422 |
| | | | | B0F3CQQJ9B | PAu 4-266-422 |
| 48 | Amazon | HFCS LTD | A1XDOHMP92RSFB | B0F3822RRN | PAu 4-266-422 |
| | | | | B0F38545YS | PAu 4-266-422 |
| 49 | Amazon | AMKDGMSG | A1YEGB66N2TRLE | B0F3F31SZB | PAu 4-266-422 |
| 50 | Amazon | Zaowuxs-US | A1YLMEJ4BG8SAL | B0F8VN22K3 | PAu 4-266-422 |
| | | | | B0F8VQTY43 | PAu 4-266-422 |
| | | | | B0F8VSY8L7 | PAu 4-266-422 |
| 51 | Amazon | TWT RABBIT | A1ZGRM29899QPL | B0F3P5SX8L | PAu 4-266-422 |
| 52 | Amazon | MakingBank | A1ZNAP0BPS7879 | B0F8HWPPFW | PAu 4-266-422 |
| | | | | B0F8HVW1D6 | PAu 4-266-422 |
| 53 | Amazon | Mengmao66 | A20KPIMGD8VUM4 | B0F37WKZHS | PAu 4-266-422 |
| | | | | B0F37YF47X | VA 2-449-622 |
| 54 | Amazon | Liu Zhipeng | A22EE16L2VMBNE | B0F3CPL2B7 | VA 2-449-622 |
| | | | | B0F3CSBXRM | PAu 4-266-422 VA 2-449-622 |
| 55 | Amazon | YAMOshi | A22NT16S2XZX | B0F3NB18K5 | PAu 4-266-422 |
| | | | | B0F3NDQYV5 | PAu 4-266-422 |
| 56 | Amazon | ZHAOXIANPANG | A22R1PTNE1Y795 | B0F387KXVM | PAu 4-266-422 |
| 57 | Amazon | MALXUN | A2668JQ5A3WPAD | B0F7L8LV4B | PAu 4-266-422 |
| | | | | B0F7LBMP57 | PAu 4-266-422 |

| 58 | Amazon | XinliangMY | A26UPBKPJRBEIC | B0F6MZ5VX8 | PAu 4-266-422 |
|---|---|---|---|---|---|
| | | | | B0F6N3KC8K | PAu 4-266-422 |
| 59 | Amazon | shimujie | A286B7ULO5DXVV | B0F3CV1R18 | PAu 4-266-422 |
| | | | | B0F3CZ2NMB | PAu 4-266-422 |
| 60 | Amazon | NONGDASHI | A28BNDM9W79K6D | B0FB9GT8NS | PAu 4-266-422 |
| | | | | B0FB9HJW7Z | PAu 4-266-422 |
| 61 | Amazon | shanxiyouyijing ⭐⭐⭐⭐⭐ | A291T3ZHB4I0PQ | B0F3CFG7VF | PAu 4-266-422 |
| 62 | Amazon | lroucznr | A2A68CUOBIIPDQ | B0F3J5DSTT | PAu 4-266-422 |
| | | | | B0F3TDR4QP | PAu 4-266-422 |
| | | | | B0F3TSKL3R | PAu 4-266-422 |
| 63 | Amazon | YUEHEMUYING | A2A719JNXO70IQ | B0F3WVDDZX | PAu 4-266-422 |
| | | | | B0F3WWXGNL | PAu 4-266-422 |
| | | | | B0F3WZ1BYK | PAu 4-266-422 |
| 64 | Amazon | E-Xine | A2BCOT7PBMD3JG | B0F89DRCSS | PAu 4-266-422 |
| | | | | B0F89D1GN6 | PAu 4-266-422 |
| 65 | Amazon | UU. | A2E3DVNF05WIVN | B0F8752M2Z | PAu 4-266-422 |
| 66 | Amazon | Kleixyq | A2EGPN7WFVEIP4 | B0F99J895K | PAu 4-266-422 |
| | | | | B0F616RVPJ | PAu 4-266-422 |
| | | | | B0F613S1YG | PAu 4-266-422 |
| 67 | Amazon | zhenyustore | A2FN9FUDGQMT6L | B0F6N711C1 | PAu 4-266-422 |
| | | | | B0F6N5MBZV | PAu 4-266-422 |
| | | | | B0F6N54MRX | PAu 4-266-422 |
| 68 | Amazon | Falgfwr | A2GDISS0BWXQEQ | B0F6BZMX79 | PAu 4-266-422 |
| 69 | Amazon | Qhhui | A2HANHRQB7QVY5 | B0F8H79VTC | PAu 4-266-422 |
| | | | | B0F8H6MBVK | PAu 4-266-422 |
| 70 | Amazon | High quality (7-14 days fast delivery☆☆☆☆☆) | A2IJQGKJWL58CP | B0FF3TRD8C | PAu 4-266-422 |
| | | | | B0FF3WZ6B2 | PAu 4-266-422 |
| | | | | B0FF3X9TW2 | PAu 4-266-422 |

| | | | B0F3CJV8ZV | PAu 4-266-422 |
|---|---|---|---|---|
| 71 | Amazon | deberían | A2IV9L66JE5EUN | B0F8HDDD5B | PAu 4-266-422 |
| | | | | B0F8HHP6TW | PAu 4-266-422 |
| 72 | Amazon | xinzhoushixinfuqushengtaigongchengyouxiangongsi | A2J064XTOWMIDG | B0FBKDYT7B | PAu 4-266-422 |
| | | | | B0FBKCDW62 | PAu 4-266-422 |
| 73 | Amazon | zhengjingrenmaoyi | A2JH83L5DUVU4N | B0F9L4LQF4 | PAu 4-266-422 |
| | | | | B0F9L6CGJM | PAu 4-266-422 |
| 74 | Amazon | Kaiyoukeji | A2NEOO8NPHQS5D | B0F3C9G2YK | PAu 4-266-422 |
| | | | | B0F3CVNK2H | PAu 4-266-422 |
| 75 | Amazon | WYD-us | A2NLUOXZE2XWY | B0F93HDHZV | PAu 4-266-422 |
| | | | | B0F93HMM4D | PAu 4-266-422 |
| 76 | Amazon | HSJtwo | A2PBA5F09MRPLF | B0F7RJT5VT | PAu 4-266-422 |
| | | | | B0F7RHCZKH | PAu 4-266-422 |
| | | | | B0F7RH925Z | PAu 4-266-422 |
| | | | | B0F7RGFWSN | PAu 4-266-422 |
| | | | | B0F7RGDWDY | PAu 4-266-422 |
| | | | | B0F7RDSKX4 | PAu 4-266-422 |
| 77 | Amazon | jinbudai⭐⭐⭐⭐⭐(7-14 days fast delivery) | A2PLT6QQ48TM30 | B0F3882SP6 | PAu 4-266-422 |
| | | | | B0F388YTZW | PAu 4-266-422 |
| 78 | Amazon | Airyflex | A2R3BY3JFJP0GW | B0FB3D4N96 | PAu 4-266-422 |
| | | | | B0FB3DNC23 | PAu 4-266-422 |
| | | | | B0FB3FNBL6 | PAu 4-266-422 |
| 79 | Amazon | yinqingbing | A2SS06IMC1J21D | B0F6NJQFQR | PAu 4-266-422 |
| | | | | B0F6NQRV9H | PAu 4-266-422 |
| | | | | B0F6NRFXLV | PAu 4-266-422 |
| 80 | Amazon | lantieshangdian | A2UDLQWQRN9Z2D | B0F9PQ1PWL | PAu 4-266-422 |
| 81 | Amazon | WDSD-US | A2UZ0NQERUNMGF | B0FDQYLH1H | PAu 4-266-422 |
| 82 | Amazon | | A2VTIE4T2463C9 | B0FD8RGPVM | PAu 4-266-422 |

| | | | | B0FD8QZ7WG | PAu 4-266-422 |
|---|---|---|---|---|---|
| | | ZhengZhouGouQin WangLuoKeJiYouX ianGongSi | | B0FD8NZ2KC | PAu 4-266-422 |
| | | | | B0FD8PMZCY | PAu 4-266-422 |
| | | | | B0FD8PS8XM | PAu 4-266-422 |
| | | | | B0FD8Q8LSH | PAu 4-266-422 |
| 83 | Amazon | yangming1 | A2VZ1EOM3OGR8B | B0F6BZZXM6 | PAu 4-266-422 |
| | | | | B0F6C4XG6M | PAu 4-266-422 |
| | | | | B0F6C74FJD | PAu 4-266-422 |
| 84 | Amazon | DDYUI | A2W8BA78RW9QX6 | B0FC2MX3KV | PAu 4-266-422 |
| | | | | B0FC2N1H1G | PAu 4-266-422 |
| | | | | B0FC2Q1YV3 | PAu 4-266-422 |
| | | | | B0FC2Q7Q6F | PAu 4-266-422 |
| 85 | Amazon | qianzhaowen | A2Y50V75VREEZJ | B0F3D697D6 | PAu 4-266-422 |
| | | | | B0F3D6BSHH | PAu 4-266-422 |
| 86 | Amazon | heycd | A2YZ0R39S66JZR | B0F47SFYFV | PAu 4-266-422 |
| | | | | B0F5GGSY2C | PAu 4-266-422 |
| 87 | Amazon | SunDongXia | A2Z8LO6EWK08YU | B0F3DH8QXP | PAu 4-266-422 |
| | | | | B0F3DH9WH7 | PAu 4-266-422 |
| 88 | Amazon | BaiheStore | A30MHEYLX159F | B0F3HGF4F3 | PAu 4-266-422 VA 2-449-622 |
| | | | | B0F3JC4Q81 | PAu 4-266-422 VA 2-449-622 |
| 89 | Amazon | Ruifuxiang | A312ZXDJM6QY60 | B0F7HX9SGW | PAu 4-266-422 |
| | | | | B0F7HXN14G | PAu 4-266-422 |
| | | | | B0F7HW2RRH | PAu 4-266-422 |
| 90 | Amazon | chenweiminKK | A31D3KRQ31JBM0 | B0F99SJNFQ | PAu 4-266-422 |
| | | | | B0F99VP83F | PAu 4-266-422 |
| | | | | B0F99WN5SV | PAu 4-266-422 |
| 91 | Amazon | vfbdjvbfsfdtfeuy | A31NNMZ58T92UR | B0F38C8TMQ | PAu 4-266-422 VA 2-449-622 |
| | | | | B0F38BJ64Z | PAu 4-266-422 |
| | | | | B0F38BC7LW | PAu 4-266-422 |

| 92 | Amazon | Fuegxdxcs | A31RZB4M9QSQX6 | B0F482B6Y4 | PAu 4-266-422 |
| | | | | B0F47G9BP7 | PAu 4-266-422 |
| 93 | Amazon | xinmiao188 | A31ZCFRD1G21ZE | B0F4XDWX83 | VA 2-449-622 |
| 94 | Amazon | balaanl | A350VJ6PSC7PER | B0F7XJWF1D | PAu 4-266-422 |
| | | | | B0F7XMY8LJ | PAu 4-266-422 |
| | | | | B0F7XN6H8S | PAu 4-266-422 |
| 95 | Amazon | Ericabc | A351T6NRWD6STQ | B0F39DJH7V | PAu 4-266-422 |
| | | | | B0F39P73HB | PAu 4-266-422 |
| 96 | Amazon | WeiHao XDa | A368SH0P3QO6AA | B0F3HZNTKF | PAu 4-266-422 |
| | | | | B0F3HZP291 | PAu 4-266-422 |
| | | | | B0F89BGPHN | PAu 4-266-422 |
| | | | | B0F89CPQXB | PAu 4-266-422 |
| | | | | B0F89F1G4R | PAu 4-266-422 |
| | | | | B0F3HWSCHG | PAu 4-266-422 |
| 97 | Amazon | WGuiQuan | A36A24PC8I4MEK | B0F7LJKK4J | PAu 4-266-422 |
| 98 | Amazon | organher | A37MNIZP7JLDO0 | B0F4766KN2 | PAu 4-266-422 |
| | | | | B0F47MJ7MW | PAu 4-266-422 |
| 99 | Amazon | Bonuoke | A37QFPGSHO1U0T | B0F37X42Q7 | PAu 4-266-422 |
| | | | | B0F37VWMWN | PAu 4-266-422 |
| 100 | Amazon | wangxiaojun0530 | A382DBKGKP1FYD | B0F83T39D8 | PAu 4-266-422 |
| | | | | B0F8ZH3BD9 | PAu 4-266-422 |
| 101 | Amazon | 151Yapengou | A382ZZKMZBQW0P | B0F3XBG2S3 | PAu 4-266-422 |
| 102 | Amazon | hangdingyao | A3A7J3AYT9ZS7I | B0F3CQNT3F | PAu 4-266-422 |
| | | | | B0F3CT98W1 | PAu 4-266-422 |
| | | | | B0F8H62HFP | PAu 4-266-422 |
| | | | | B0F8HN43MV | PAu 4-266-422 |
| 103 | Amazon | meeqii | A3ATRGBSYOA0Z2 | B0FBYYPQ3X | PAu 4-266-422 |
| 104 | Amazon | Danyanty | | B0F92YDGCR | PAu 4-266-422 |

9

| | | | A3BKS5ISMXVHBW | B0F92XBXPQ | PAu 4-266-422 |
|---|---|---|---|---|---|
| 105 | Amazon | XJZNSBCSP | A3BZT88AVKSESO | B0FCBFCH44 | PAu 4-266-422 |
| | | | | B0FCBGVX55 | PAu 4-266-422 |
| | | | | B0FCBLHCMB | PAu 4-266-422 |
| 106 | Amazon | Li Shop-US | A3CVI3IKNIMR80 | B0FGC7B4F9 | PAu 4-266-422 |
| | | | | B0FGCKVRJQ | PAu 4-266-422 |
| | | | | B0FGCFF8YW | PAu 4-266-422 |
| | | | | B0FGCVGQYF | PAu 4-266-422 |
| | | | | B0FGD1ZFX4 | PAu 4-266-422 |
| | | | | B0FGD41JNM | PAu 4-266-422 |
| 107 | Amazon | Waycin | A3F2R8KSOLNG2P | B0F3HRMDFL | PAu 4-266-422 |
| | | | | B0F3HRV7YB | PAu 4-266-422 |
| | | | | B0F3HVYQFQ | PAu 4-266-422 |
| 108 | Amazon | hefeixiangq | A3IK0GGH5BQPMJ | B0F3JF51XQ | VA 2-449-622 |
| | | | | B0F3JFNWY7 | VA 2-449-622 |
| | | | | B0F3JK67CM | VA 2-449-622 |
| 109 | Amazon | guohashangmao | A3JR0LS456MWQ0 | B0F8GTS218 | PAu 4-266-422 |
| 110 | Amazon | Clearance Sales Shop-US-Nelmi | A3MHIXQ80MJULP | B0F84FR8DT | PAu 4-266-422 |
| 111 | Amazon | coersd | A3NEW7US3498PO | B0F3HRGJDM | PAu 4-266-422 |
| | | | | B0F3HXKRZT | PAu 4-266-422 |
| 112 | Amazon | VIECDJSK | A3NO91GDGFKAMU | B0F7L5DVMN | PAu 4-266-422 |
| | | | | B0F7L63HT5 | PAu 4-266-422 |
| 113 | Amazon | Pehong | A3NPJGOSNT0FHK | B0F9YHN5PQ | PAu 4-266-422 |
| | | | | B0F9YKH54R | PAu 4-266-422 |
| | | | | B0F9YMGS6D | PAu 4-266-422 |
| | | | | B0F9YMLJBR | PAu 4-266-422 |
| 114 | Amazon | ZHANGBOONE | A3NTXJBD85TWZT | B0F8H4JLWC | PAu 4-266-422 |
| | | | | B0F8HTD3YP | PAu 4-266-422 |

| | | | | B0F38C9DSG | PAu 4-266-422 |
|---|---|---|---|---|---|
| 115 | Amazon | lOEUXS | A3OKDGKM0FLBPB | B0F4JQVYD6 | PAu 4-266-422 |
| 116 | Amazon | wartleves Us | A3PZ9MJ9NL66AM | B0F3X9W5LQ | PAu 4-266-422 |
| | | | | B0F3XCJJ62 | PAu 4-266-422 |
| 117 | Amazon | FUXINGSENLINJINGYING | A3QI9JJ776QD0I | B0F32L9CYG | VA 2-449-622 |
| | | | | B0F32M7K2N | VA 2-449-622 |
| | | | | B0F32MPJ2L | VA 2-449-622 |
| | | | | B0F32NXTGF | VA 2-449-622 |
| 118 | Amazon | FangoolJY | A3RHOMX7MQPRND | B0F8RFWM4S | PAu 4-266-422 |
| 119 | Amazon | LINHAI CHAOSHI | A3T5F4M314CLH7 | B0F3J8MDNL | VA 2-449-622 |
| 120 | Amazon | huangxiaolingok | A3TJ15AKWBJQR3 | B0F38BCB5M | PAu 4-266-422 |
| | | | | B0F38B2YXX | PAu 4-266-422 |
| 121 | Amazon | MRGIINRI | A3VQKTC1EQR50K | B0F3HRJR9D | PAu 4-266-422 |
| | | | | B0F3HY6LL7 | PAu 4-266-422 |
| 122 | Amazon | XinXinLongChengJian | A4582EZ0DEEW2 | B0F32HY33X | PAu 4-266-422 |
| | | | | B0F32J7T6B | PAu 4-266-422 |
| | | | | B0F32JRFLM | PAu 4-266-422 |
| 123 | Amazon | Jingyuan Store | A4WT7WMKYACZL | B0F3J11LM9 | PAu 4-266-422 |
| 124 | Amazon | NIMBUSSS Global | A4YU9TX3ZPX20 | B0FDTHDG44 | PAu 4-266-422 |
| | | | | B0FDS88G1T | PAu 4-266-422 |
| | | | | B0FDS4V273 | PAu 4-266-422 |
| 125 | Amazon | Liu XuDong | A5ZHW793VIOKS | B0F43TFPGH | PAu 4-266-422 |
| | | | | B0F43T6JNJ | PAu 4-266-422 |
| 126 | Amazon | taiyuanxiwenshangmaoyouxiangongsi | A806XVZ0ACZ46 | B0F383HQ3S | PAu 4-266-422 |
| | | | | B0F3849VJB | PAu 4-266-422 |
| | | | | B0F8PSS21V | PAu 4-266-422 |
| | | | | B0F8PVV9NT | PAu 4-266-422 |
| 127 | Amazon | Yanmis | | B0FC6S1N56 | PAu 4-266-422 |

11

| | | | A8AMAIIWM2FLU | B0FC6S9B9J | PAu 4-266-422 |
|---|---|---|---|---|---|
| 128 | Amazon | nazhendianzi | A8FZDHD0JS14J | B0F8HZGWWS | PAu 4-266-422 |
| | | | | B0F8HW873L | PAu 4-266-422 |
| | | | | B0F3C5QVKM | PAu 4-266-422 |
| 129 | Amazon | ZHOUyang | A8IL13PFGHO3C | B0F3CCS2JX | PAu 4-266-422 |
| | | | | B0F3CC4WFS | PAu 4-266-422 |
| 130 | Amazon | haolism | AAAVJT5WW0CAS | B0F4JNWWNT | PAu 4-266-422 |
| | | | | B0F4JMYRGW | PAu 4-266-422 |
| | | | | B0F4J6PS18 | PAu 4-266-422 |
| 131 | Amazon | Gangbandianzi | AAKSZ9NRVV4P1 | B0F38DQSLR | PAu 4-266-422 |
| 132 | Amazon | yunchengshiyanhuqumansuobaihuoshanghang | AAOJ0XUK448PB | B0F3XS8V2N | PAu 4-266-422 |
| | | | | B0F3XR9J54 | PAu 4-266-422 VA 2-449-622 |
| 133 | Amazon | Happy Warrior Zihaoya | AAPXIMT62NE70 | B0F7LSNMXG | PAu 4-266-422 |
| | | | | B0F7LR4C2F | PAu 4-266-422 |
| 134 | Amazon | meishuosheng | ADMBD0IU0W5P1 | B0F8B93H5G | VA 2-449-622 |
| 135 | Amazon | Kqinustyu | AEXUWGSYADX64 | B0F3CGBM5J | PAu 4-266-422 |
| | | | | B0F8HHYJWK | PAu 4-266-422 |
| | | | | B0F8HJNB7K | PAu 4-266-422 |
| | | | | B0F8HJRRZQ | PAu 4-266-422 |
| | | | | B0F8HV3PGX | PAu 4-266-422 |
| 136 | Amazon | JYBFF | AIBKKIOHP9KWB | B0F3J7F4QL | PAu 4-266-422 |
| | | | | B0F3J7J1WK | PAu 4-266-422 |
| 137 | Amazon | XINGA Direct (Fast Delivery 7 - 15 Days) | AJLV1GJE6JRUZ | B0F995HK47 | PAu 4-266-422 |
| | | | | B0F99579T1 | PAu 4-266-422 |
| 138 | Amazon | hefeigeqian | AKWXE6F6K2EIP | B0F3CT2RNW | PAu 4-266-422 |
| 139 | Amazon | Desfwe | AL5URY9BJ85DA | B0F3T592V6 | PAu 4-266-422 |
| 140 | Amazon | ZhangQing0209 | ALL1PLM1G6P8B | B0FCYVY2FR | PAu 4-266-422 |
| | | | | B0FCYPNN35 | PAu 4-266-422 |

| 141 | Amazon | ke pai dian zi | AMK684U059KHF | B0FCS6YT1Y | PAu 4-266-422 |
|---|---|---|---|---|---|
| 142 | Amazon | rongjiadz | AMN2FV4SOETOI | B0F3X55X1R | PAu 4-266-422 |
| | | | | B0F3X33JBH | PAu 4-266-422 |
| 143 | Amazon | HWZCRS | AO81045YRY4MZ | B0F93S5YK7 | PAu 4-266-422 |
| | | | | B0F93QMNVP | PAu 4-266-422 |
| 144 | Amazon | Huofafashangmao | AOY7XD1C5DKCD | B0FFGQVWSF | VA 2-449-622 |
| 145 | Amazon | xunqee - US⭐⭐⭐⭐⭐ | ARBEKX2FMYF9P | B0F9LFC652 | PAu 4-266-422 |
| | | | | B0F8752M2Z | PAu 4-266-422 |
| 146 | Amazon | Kuncheng Store | AT4GNEJH1YWPB | B0F3HT33SV | PAu 4-266-422 |
| | | | | B0F3HX7BWQ | PAu 4-266-422 |
| 147 | Amazon | AMDSNES | AVQVTERD8BILS | B0F8J7CLQK | VA 2-449-622 |
| 148 | Amazon | chongchongfei | AWYLKNQXB4QQC | B0F3CZZLZV | PAu 4-266-422 |
| | | | | B0F3D3YCCQ | PAu 4-266-422 |
| 149 | Amazon | Caoqiangser | AY4966661FO2F | B0F38FGY15 | PAu 4-266-422 |
| 150 | Amazon | zhao he shang mao | AYLL099NLYLL0 | B0FGTV6NYY | PAu 4-266-422 |
| 151 | Amazon | 张家港锦祎贸易有限公司 | AYTR1CLNG5E52 | B0F62P2M4G | PAu 4-266-422 |
| | | | | B0F62PLL3K | PAu 4-266-422 |
| | | | | B0F92RXBZF | PAu 4-266-422 |
| 152 | Amazon | tangheshangmaozhongxin | AZ4Q9HFR78A26 | B0FFH7KWX9 | PAu 4-266-422 |
| | | | | B0FFHGL32S | PAu 4-266-422 |
| 153 | Amazon | 仲资商城 | AZF626TJPYBCY | B0FDBFS2RT | PAu 4-266-422 |
| | | | | B0FDBGMRNN | PAu 4-266-422 |
| | | | | B0FDBGMRNP | PAu 4-266-422 |
| | | | | B0FDBJ1PXK | PAu 4-266-422 |