**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CAR CRASH LLC,

                Plaintiff,

                v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Action No.: 2:26-cv-46

Honorable Judge Christy Criswell Wiegand

JURY TRIAL DEMANDED

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Car Crash

LLC ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendant(s):

| No. | Marketplace | Merchant Name | Merchant ID |
|-----|-------------|---------------|-------------|
| 75 | Amazon | WYD-us | A2NLUOXZE2XWY |

DATED April 16, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*